B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>RadioShack Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>75-1047710 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>300 RadioShack Circle<br>Fort Worth, TX     ZIP CODE 76102 | Street Address of Joint Debtor (No. and Street, City, and State):<br>    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Tarrant | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>    ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☑ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☑ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☑ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13) | Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>RadioShack Corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:    See Schedule 1 attached | Case Number:<br>Pending | Date Filed:<br>Date hereof |
| District:    District of Delaware | Relationship:<br>Affiliate | Judge:<br>Pending |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | RadioShack Corporation |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _~signature~_ 

Signature of Attorney for Debtor(s)
David M. Fournier (DE Bar No. 2812)
Printed Name of Attorney for Debtor(s)
Pepper Hamilton LLP
Firm Name

1313 Market Street, Suite 5100
Wilmington, DE 19801
Address

302.777.6500
Telephone Number
2/5/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~signature~_

Signature of Authorized Individual
Joseph C. Magnacca
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
2/5/15
Date

## SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 cases (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of the Bankruptcy Code.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

> Atlantic Retail Ventures, Inc.
> Ignition L.P.
> ITC Services, Inc.
> Merchandising Support Services, Inc.
> RadioShack Corporation
> RadioShack Customer Service LLC
> RadioShack Global Sourcing Corporation
> RadioShack Global Sourcing Limited Partnership
> RadioShack Global Sourcing, Inc.
> RS Ig Holdings Incorporated
> RSIgnite, LLC
> SCK, Inc.
> Tandy Finance Corporation
> Tandy Holdings, Inc.
> Tandy International Corporation
> TE Electronics LP
> Trade and Save LLC
> TRS Quality, Inc.

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re  RadioShack Corporation                    ,          )     Case No. 15-_____

              Debtor                                         )

                                                             )

                                                             )     Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  1-5571_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on November 1, 2014_____ .

| | | |
|---|---|---|
| a. Total assets | $ | 1,200,300,000.00 |
| b. Total debts (including debts listed in 2.c., below) | $ | 1,387,000,000.00 |

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | secured | ☐ | unsecured | ☑ | subordinated | ☐ | $ | 325,000,000 | Unknown |
|---|---|---|---|---|---|---|---|---|---|
| | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | | |
| | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | | |
| | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | | |
| | secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | | |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | 0 | 0 |
| e. Number of shares common stock | 100,702,386 | 15,442 |

Comments. if any:
The amount listed above for the debt securities is the principal amount.  Shares of stock listed above are those outstanding as of November 30, 2014.  The approximate number of holders of common stock listed above is based on the directly registered holders.

3. Brief description of debtor's business:
RadioShack primarily engages in the retail sale of consumer electronics goods and services through its RadioShack store chain.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Litespeed Management LLC and Standard General LP

# RADIOSHACK CORPORATION

## (a Delaware corporation)

### February 5, 2015

I, Robert Donohoo, the undersigned Corporate Secretary of RadioShack Corporation (the "Company"), do hereby certify that:  (a) I am the duly elected, qualified Corporate Secretary of the Company; (b) the following resolutions were duly adopted by the Board of Directors of the Company, as of February 5, 2015, in accordance with the requirements of applicable law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof:

RESOLVED, that the Company shall be, and it hereby is, authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing and the performance of such acts to constitute the reasonableness, advisability, expedience, convenience, appropriateness or necessity thereof;

FURTHER RESOLVED, that the chief executive officer, chief financial officer, secretary, treasurer, any executive vice president and any senior vice president of the Company (collectively, the "Designated Officers") shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of, and in the name of, the Company, to:  (a) execute, acknowledge, deliver and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; (c) execute, acknowledge, deliver and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case in such form or forms as any such Designated Officer may approve; and (d) the actions of any Designated Officer taken pursuant to this resolution, including the execution, acknowledgment, delivery and verification of the Petition and all ancillary documents and all other agreements, certificates, instruments, guaranties, notices

and other documents, shall be conclusive evidence of such Designated Officer's approval and the necessity or desirability thereof;

FURTHER RESOLVED, that the Designated Officers shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of, and in the name of, the Company in connection with the filing of the Company's chapter 11 case, to enter into one or more sale or other restructuring transactions (collectively, the "Sale and Restructuring Transactions"), substantially in accordance with the summary presented to the Board of Directors, subject to such modifications thereto as any such officer may deem necessary or advisable in order to give effect to and carry out the general purposes of the Sale and Restructuring Transactions as presented to the Board of Directors;

FURTHER RESOLVED, that the Designated Officers shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of, and in the name of, the Company, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of the Sale and Restructuring Transactions to which the Company is or will be a party, including, but not limited to, any term sheet, agency agreement, management agreement, consulting agreement, support agreement, chapter 11 plan, disclosure statement, asset purchase agreement, and all exhibits and/or ancillary documents related thereto;

FURTHER RESOLVED, that the Designated Officers of the Company be, and hereby are, authorized and empowered to finalize and implement a store closure and store liquidation plan, substantially in accordance with the summary presented to the Board, subject to such modifications thereto as any such officer may deem necessary or advisable in order to give effect to and carry out the general purposes of such plan as presented to the Board, and that such officers be, and they hereby are, authorized and empowered to retain such advisors, liquidation firms and other agents and representatives in connection with the implementation of such plan as any such officer deems necessary or advisable, and to pay the fees and expenses of such advisors, firms, agents and representatives in connection therewith;

FURTHER RESOLVED, that the Designated Officers shall be, and each of them hereby is, authorized and empowered to retain, on behalf of, and in the name of, the Company: (a) Jones Day; (b) Pepper Hamilton LLP; (c) FTI Consulting, Inc.; (d) MAEVA Group, LLC; (e) Lazard Freres & Co, LLC; (f) A&G Realty Partners; (g) Prime Clerk; and (h) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers, in each case as in any such Designated Officer's judgment may be necessary or desirable in connection with the Company's chapter 11 case and other related matters, on such terms as such officer or officers shall approve and such Designated Officer's retention thereof to constitute conclusive evidence of such Designated Officer's approval and the necessity and desirability thereof;

FURTHER RESOLVED, that the law firm Jones Day and any additional special or local counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized and empowered to represent the Company, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: (a) enter into a new debtor in possession financing facility and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with such lenders and on such terms substantially consistent with those presented to the Board on or prior to the date hereof and as may be further approved, modified or amended by any one or more of the Designated Officers, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Company's assets, in such case, as may be deemed necessary or desirable by any one or more of the Designated Officers in connection with the Financing Transactions;

FURTHER RESOLVED, that:  (a) the Designated Officers shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of, and on behalf of, the Company, as debtor and debtor in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as any of the Designated Officers may deem necessary or appropriate to facilitate the Financing Transactions (collectively, the "Financing Documents"); (b) Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or desirable by any of the Designated Officers are hereby approved; and (c) the actions of any Designated Officer taken pursuant to this resolution, including the execution, acknowledgment, delivery and verification of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Designated Officer's approval thereof and the necessity or desirability thereof;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the Company to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with any of the foregoing matters in all respects are hereby ratified, confirmed and approved;

FURTHER RESOLVED, that any Designated Officer shall be, and each of them, acting alone, hereby is, authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such Designated Officer, a true copy of the foregoing resolutions.

[remainder of page intentionally left blank; signature pages follow]

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of this 5th day of February, 2015.

Robert Donohoo
Corporate Secretary

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-_____ (____) |
|  | : |  |
| Debtors. | : | (Joint Administration Requested) |
|  | : |  |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 50 LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a consolidated list of the 50 largest unsecured creditors of the Debtors (the "Top 50 List") in lieu of a separate list for each Debtor. The Top 50 List is based on the Debtors' books and records as of approximately January 30, 2015 and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 50 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. The information presented in the Top 50 List shall not constitute an admission by, nor is it binding on, the Debtors.

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Wilmington Trust, National Association | Wilmington Trust, National Association Attn: RadioShack Administrator 1100 N. Market Street Wilmington, DE 19890 Tel: 302-651-8743 | Indenture Agreement |  | 329,675,204.92 |

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Sprint PCS | Sprint PCS<br>Attn: Jennifer Johnson<br>6200 Sprint Parkway<br>Overland Park, KS 66251<br>Tel: 913-624-6000 | Trade Debt | | 6,070,924.40 |
| Assurant Service Protection Inc. | Assurant Service Protection Inc.<br>Attn: Joe Roe<br>260 Interstate North Pkwy SE<br>Atlanta, GA 30339-2468<br>Tel: 770-763-2792 | Trade Debt | | 4,100,000.00 |
| Cellco Partnerships d/b/a Verizon Wireless | Cellco Partnerships d/b/a Verizon Wireless<br>Attn: Christina Delduca<br>One Verizon Way<br>Basking Ridge, NJ 07920<br>Tel: 908-306-2939 | Trade Debt | | 2,851,688.77 |
| Federal Express | Federal Express<br>Attn: Donna Webb<br>Accounts Payable<br>2205 SW 74th St.<br>Oklahoma City, OK 73159<br>Tel: 405-685-5464 | Trade Debt | | 1,482,811.15 |
| National Distribution Inc. | National Distribution Inc.<br>Attn: Seth Green<br>4809 Avenue N Dock #331<br>Brooklyn, NY 11234<br>Tel: 718-204-5038 | Trade Debt | | 1,360,021.35 |
| MagicJack LP | MagicJack LP<br>Attn: Peter Russo<br>5700 Georgia Avenue<br>W Palm Beach, FL 33405<br>Tel: 315-463-5954 | Trade Debt | | 1,335,944.70 |
| Freundlich, Jana | Freundlich, Jana<br>Attn: Jana Freundlich<br>Apartment 1461<br>2901 Bledsoe St.<br>Fort Worth, TX 76107<br>Tel: 817-994-4198 | Supplemental Executive Retirement Plan Obligation | | 1,318,482.98 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Maker Media Inc. | Maker Media Inc. Attn: Mary Wilson 1005 Gravenstein Hwy North Sebastopol, CA 95472 Tel: 707-450-1952 | Trade Debt | | 1,263,340.10 |
| Dongguan Tecyea Electronics Limited | Dongguan Tecyea Electronics Limited Attn: Fiona Chen No.7, Yinhu Road Dongguan, Guangdong PRC, 523000 Tel: +86-769-21686211 | Trade Debt | | 1,250,367.77 |
| Rooftop Group USA Inc. | Rooftop Group USA Inc. Attn: Adam McEnaney 15760 W Hardy Rd, Suite 400 Houston, TX 77060 Tel: 949-266-8959 | Trade Debt | | 1,230,038.73 |
| Tracfone Wireless Inc. | Tracfone Wireless Inc. Attn: Dan Neely 8200 NW 27th St., Ste. 117 Miami, FL 33122 Tel: 305-418-2696 | Trade Debt | | 1,094,869.00 |
| Master Hill Electric Wire & Cable | Master Hill Electric Wire & Cable Attn: Lisa Hong Unit 505, 5/F., Sunbeam Centre, 27 Shing Yip Street Kwun Tong, Kowloon Hong Kong Tel: +86-755-28131750 | Trade Debt | | 1,079,166.71 |
| Barfield, Mark | Barfield, Mark Attn: Mark Barfield 508 Haverhill Lane Colleyville, TX 76034 Tel: 817-726-3810 | Supplemental Executive Retirement Plan Obligation | | 1,016,931.30 |
| GSI Commerce Solutions Inc. | GSI Commerce Solutions Inc. Attn: Monica Gout 935 First Avenue King of Prussia PA 19406 Tel: 760-505-7278 | Trade Debt | | 919,363.00 |

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Protop International Inc. | Protop International Inc.<br>Attn: Joyce Ho<br>5F-3, No. 33, SEC. 1, Min-Sheng Rd.<br>Banqiao District,<br>New Taipei, Taiwan, 220<br>Tel: +88-62-295-9035 | Trade Debt | | 879,258.95 |
| Moad, Martin | Moad, Martin<br>Attn: Martin Moad<br>2005 Forest Park Blvd<br>Fort Worth, TX 76110<br>Tel: 817-924-6502 | Supplemental Executive Retirement Plan Obligation | | 861,327.41 |
| Wilson Electronics LLC | Wilson Electronics LLC<br>Attn: Reid Schoneberg<br>3301 E Deseret Drive<br>St. George, UT 84790<br>Tel: 435-656-2432 | Trade Debt | | 811,656.62 |
| BBDO Puerto Rico Inc. | BBDO Puerto Rico Inc.<br>Attn: Marizulma Principe<br>PO Box 11854<br>San Juan, PR 00922-1854<br>Tel: 787-406-5972 | Trade Debt | | 801,299.55 |
| Toshiba America Information Systems Inc. | Toshiba America Information Systems Inc.<br>Attn: Kiet Huynh<br>9740 Irvine Blvd.<br>Irvine, CA 92618<br>Tel: 800-866-8674 | Trade Debt | | 781,977.68 |
| Seeed Technology Inc. | Seeed Technology Inc.<br>Attn: Heidi Luo<br>5th Floor, 8th Building, Shiling Industrial Park<br>XiLi Town, Nangang District<br>ShenZhen, GuangDong, 518055<br>Tel: +75-53-316-2243 | Trade Debt | | 758,126.63 |
| Ryan Inc. | Ryan Inc.<br>Attn: Clara Kippes<br>13155 Noel Road Suite 100<br>Dallas, TX 75240<br>Tel: 972-934-0022 | Trade Debt | | 754,829.17 |

#32431580 v1

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Hullinger, Mark | Hullinger, Mark<br>Attn: Mark Hullinger<br>2009 Marble Pass Drive<br>Keller , TX 76248<br>Tel: 817-605-7271 | Supplemental Executive Retirement Plan Obligation | | 702,717.32 |
| Process Displays | Process Displays<br>Attn: Ashley Kropelnicki<br>7108 31st Avenue N<br>Minneapolis, MN 55427<br>Tel: 763-546-0821 | Trade Debt | | 697,029.24 |
| Motorola Mobility | Motorola Mobility<br>Attn: Bryan Bourff<br>222 W. Merchandise Mart Plaza<br>Ste. 1800<br>Chicago, IL 60654<br>Tel: 770-664-7030 | Trade Debt | | 664,200.00 |
| Leader Electronics Inc. | Leader Electronics Inc.<br>Attn: Ming Lee<br>8F., No. 138, LN. 235, Baoqiao Rd<br>Xindian District<br>New Taipei City,<br>Taiwan, 23145<br>Tel: +88-62-8195-3058 | Trade Debt | | 652,981.78 |
| Samson Technologies Corp | Samson Technologies Corp<br>Attn: Robert Caputo<br>45 Gilpin Ave #100<br>Hauppauge, NY 11788<br>Tel: 631-784-2200 | Trade Debt | | 634,406.76 |
| Vican Inc. | Vican Inc.<br>Attn: Michael Nubel<br>1205 S. White Chapel , Ste. 100<br>Southlake, TX 76092<br>Tel: 817-749-3600 | Trade Debt | | 588,788.55 |
| Ripperton, John | Ripperton, John<br>Attn: John Ripperton<br>P O Box 1566<br>Aledo, TX 76008<br>Tel: 817-441-8502 | Supplemental Executive Retirement Plan Obligation | | 559,510.50 |

#32431580 v1

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Jebsee Electronics Co., Ltd. | Jebsee Electronics Co., Ltd. Attn: Kitten Chao No. 24-3, Sinle Road Tainan Taiwan, 702 Tel: +886-6-2647622 | Trade Debt | | 508,697.08 |
| GSD&M | GSD&M Attn: Sabia Siqqidi PO Box 685095 Austin, TX 78768 Tel: 512-466-4471 | Trade Debt | | 495,760.00 |
| Zylux Acoustic Corporation | Zylux Acoustic Corporation Attn: David Meeks 12F, 95 Tun-Hua. S. Rd., Sec. 2, Taipei, Taiwan, 100 Tel: +88-62-2703-3488 | Trade Debt | | 472,045.68 |
| Tarrant County College District | Tarrant County College District Attn: A. Burch Waldron III 1600 West 7th St, Suite 500 Fort Worth, TX 76102-2598 Tel: 817-335-7373 | Landlord | | 470,833.33 |
| Musical Electronics Limited | Musical Electronics Limited Attn: HK Chan Flat H,J,K, 12/Floor, World Tech Centre 95 How Ming Street Kwun Tong, Kowloon Hong Kong Tel: +852 2341-9281 | Trade Debt | | 431,467.67 |
| Logicsource Inc. | Logicsource Inc. Attn: David Pennino Attn Finance Department 20 Marshall Street Norwalk, CT 06850 Tel: 203-409-9765 | Trade Debt | | 430,514.00 |
| Lambert, Linda | Lambert, Linda Attn: Linda Lambert 4509 Ann Way Alvarado, TX 76009 Tel: 972-838-3895 | Supplemental Executive Retirement Plan Obligation | | 428,749.88 |

#32431580 v1

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Y.C. Cable Co., Ltd. | Y.C. Cable Co., Ltd.<br>Attn: Jasmine Hiuang<br>5f, No. 12, Lane 270, Sec. 3, Peishen Rd.,<br>Shenkeng Shiang<br>Taipei, Taiwan, 22205<br>Tel: +88-62-2662-9656 | Trade Debt | | 401,801.28 |
| Samya Technology Co., Ltd. | Samya Technology Co., Ltd.<br>Attn: Fui Yang<br>18f, No. 1223, Chung-Cheng Road<br>Taoyuan City, Taiwan, 330<br>Tel: +88-63-3756899 | Trade Debt | | 388,199.75 |
| Jeffries, Telvin P | Jeffries, Telvin P.<br>Attn: Telvin P Jeffries<br>730 Elk Rdg<br>Fairview, TX 75069<br>Tel: 214-722-7543 | Severance | | 383,304.00 |
| Shin Chin Ind. Co., Ltd. | Shin Chin Ind. Co., Ltd.<br>Attn: Mark Hung<br>128, Cheng Pei 1st Rd.,<br>Yung Kang District<br>Tainan City, 71042<br>Tel: +88-6-6253-2186 | Trade Debt | | 378,475.84 |
| Facility Solutions Group | Facility Solutions Group<br>Attn: Mandy Brunson<br>2525 Walnut Hill Lane<br>Dallas, TX 75229<br>Tel: 214-351-6266 | Trade Debt | | 357,122.23 |
| GN Netcom Inc. | GN Netcom Inc.<br>Attn: Shannon Rogers<br>700 E Butterfield Rd Ste. 150<br>Lombard, IL 60148<br>Tel: 630-442-6900 | Trade Debt | | 355,522.61 |

#32431580 v1

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Good Mind Industries Co., Ltd | Good Mind Industries Co., Ltd<br>Attn: Wendy Lin<br>No. 22, Ta Yeou 2nd St.<br>Ta Fa Industrial District,<br>Ta Liau District<br>Kaohsiung City,<br>Taiwan, 831<br>Tel: +886-7-7871228 | Trade Debt | | 352,514.12 |
| SPS Inc. | SPS Inc.<br>Attn: Daniel Ho<br>7F., No., 181-2, Sec. 2, Bao-An St.,<br>Shulin City<br>Taipei, Taiwan, 305<br>Tel: +886-8688-1705 | Trade Debt | | 335,671.56 |
| Nebes, Bill | Nebes, Bill<br>Attn: William Nebes III<br>P.O. Box 7201<br>Nashua, NH 03060-7201<br>Tel: 617-512-0978 | Supplemental Executive Retirement Plan Obligation | | 297,764.42 |
| Kimberling, Jackie | Kimberling, Jackie<br>Attn: Jacqueline Kimberling<br>1408 Chisholm Trail S<br>Granbury, TX 76048<br>Tel: 817-773-0970 | Supplemental Executive Retirement Plan Obligation | | 291,909.56 |
| Cognizant Technology | Cognizant Technology<br>Attn: Gregory Bossarte<br>5350 Tech Data Drive<br>Clearwater, FL 33760<br>Tel: 800-237-8931 | Trade Debt | | 286,571.00 |
| Shenzhen Chousen Optoelectronics | Shenzhen Chousen Optoelectronics<br>Attn: Justin Cai<br>5th & 6th Floor, 3rd Building<br>No. 129 of 1st Industrial Area<br>Lisonglang Community<br>Gong Ming Office<br>Guangming New District<br>Shenzhen, 518106<br>China<br>Tel: +86-755-2712-4933 | Trade Debt | | 283,193.03 |

#32431580 v1

| Name of creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Panasonic North America | Panasonic North America Attn: Scott Carlson 1795 26th Walk NE, Issaquah, WA 98029 Tel: 952-226-1818 | Trade Debt | | 282,926.30 |
| Internal Revenue Service | Internal Revenue Service Attn: Centralized Insolvency Operation Post Office Box 7346 Philadelphia, PA 19101-7346 Tel: 800-913-9358 | Tax | Unliquidated, Disputed | |

#32431580 v1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| RADIOSHACK CORPORATION, et al.,[1] | : | Case No. 15-_____  (_____) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |

**DECLARATION REGARDING CONSOLIDATED LIST OF**
**CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS**

I, Carlin Adrianopoli, Chief Financial Officer of the above-captioned Debtors, declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of Creditors Holding 50 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Dated:  February 5, 2015

/s/ Carlin Adrianopoli
Name:  Carlin Adrianopoli
Title:  Chief Financial Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

---

[1]  The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417).  The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

#32431580 v1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-_____ (___) |
|  | : |  |
| Debtors. | : | (Joint Administration Requested) |
|  | : |  |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, RadioShack Corporation ("RadioShack") on behalf of itself and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), respectfully represents as follows:

1. RadioShack is the corporate parent of each of the other Debtors in these chapter 11 cases and directly or indirectly owns 100% interest in all of the Debtors.[2]

2. RadioShack's equity securities are publicly held. No entity directly or indirectly owns 10% or more of the issued and outstanding common stock of RadioShack.

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

[2] A corporate organization chart depicting the ownership structure of the Debtors is attached as Exhibit A to the Declaration of Carlin Adrianopoli in Support of First Day Pleadings, which was filed contemporaneously herewith.

## DECLARATION REGARDING STATEMENT OF CORPORATE OWNERSHIP

I, Joseph C. Magnacca, Chief Executive Officer of RadioShack Corporation, declare under penalty of perjury that I have reviewed the foregoing "Statement of Corporate Ownership" and that it is true and correct to the best of my knowledge, information and belief.

Date:  February 5, 2015         /s/  Joseph C. Magnacca
                                Joseph C. Magnacca
                                Chief Executive Officer


*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.