# EXHIBIT B

## Schedule of Bank Accounts

| Bank | Account Holder | Account Type | Account No.[1] |
|---|---|---|---|
| AMALGAMATED BANK | RadioShack Corporation | Retail Deposit | #1297 |
| AMERICAN BANK | RadioShack Corporation | Retail Deposit | #9801 |
| AMERISERVE FINANCIAL | RadioShack Corporation | Retail Deposit | #3998 |
| ANCHOR BANK SSB | RadioShack Corporation | Retail Deposit | #1396 |
| ARVEST BANK | RadioShack Corporation | Retail Deposit | #1851 |
| ARVEST BANK | RadioShack Corporation | Retail Deposit | #5289 |
| ARVEST BANK | RadioShack Corporation | Retail Deposit | #0231 |
| ARVEST BANK | RadioShack Corporation | Retail Deposit | #4689 |
| ASSOCIATED BANK | RadioShack Corporation | Retail Deposit | #8915 |
| ASTORIA BANK | RadioShack Corporation | Retail Deposit | #0989 |
| BANCO POPULAR | RadioShack Corporation | Retail Deposit | #8413 |
| BANCO POPULAR NORTH AMERICA | RadioShack Corporation | Retail Deposit | #1360 |
| BANCO POPULAR NORTH AMERICA | RadioShack Corporation | Retail Deposit | #1191 |
| BANCO POPULAR NORTH AMERICA | RadioShack Corporation | Retail Deposit | #9933 |
| BANCO SANTANDER DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #3577 |
| BANCO SANTANDER DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #8213 |
| BANCO SANTANDER DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #1732 |
| BANCO SANTANDER DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #1987 |
| BANCO SANTANDER DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #4403 |
| BANCO SANTANDER DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #1510 |
| BANCO SANTANDER DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #4349 |
| BANCO SANTANDER DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #8183 |
| BANCORPSOUTH | RadioShack Corporation | Retail Deposit | #3475 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #6508 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #6398 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #2881 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #4945 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #4765 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #8593 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #5688 |
| BANK OF AMERICA | RadioShack Global Sourcing LP | Corporate | #2696 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #7003 |
| BANK OF AMERICA | Merchandising Support Services, Inc. | Corporate | #5821 |
| BANK OF AMERICA | RadioShack Corporation | Corporate | #5933 |
| BANK OF AMERICA | Tandy Finance Corporation | Corporate Investments | #8593 |
| BANK OF AMERICA | RadioShack Corporation | Retail Deposit | #9981 |
| BANK OF AMERICA | RadioShack Corporation | Retail Deposit | #5017 |
| BANK OF HAWAII | RadioShack Corporation | Retail Deposit | #5706 |
| BANK OF OCEAN CITY | RadioShack Corporation | Retail Deposit | #7195 |
| BANK OF OKLAHOMA | RadioShack Corporation | Retail Deposit | #0322 |
| BANK OF SPRINGFIELD | RadioShack Corporation | Retail Deposit | #0119 |
| BANK OF TEXAS | RadioShack Corporation | Corporate | #3264 |
| BANK OF TEXAS | Tandy Finance Corporation | Corporate | #7280 |
| BANK OF THE WEST | RadioShack Corporation | Retail Deposit | #3201 |
| BANK SNB | RadioShack Corporation | Retail Deposit | #4651 |
| BAR HARBOR BANK & TRUST | RadioShack Corporation | Retail Deposit | #5890 |
| BB&T | Tandy Finance Corporation | Corporate | #8535 |
| BB&T CO | RadioShack Corporation | Retail Deposit | #3055 |
| BENEFICIAL BANK | RadioShack Corporation | Retail Deposit | #1487 |
| BENEFICIAL BANK | RadioShack Corporation | Retail Deposit | #3576 |
| BMO HARRIS BANK NA | RadioShack Corporation | Retail Deposit | #2178 |
| BMO HARRIS BANK, N.A. | RadioShack Corporation | Retail Deposit | #1192 |
| BNP PARIBAS | Tandy Finance Corporation | Corporate | #3402 |
| BUSEY BANK | RadioShack Corporation | Retail Deposit | #0498 |
| CADENCE BANK, N.A. | RadioShack Corporation | Retail Deposit | #0013 |
| CAPITAL BANK, NA | RadioShack Corporation | Retail Deposit | #6706 |
| CAPITAL CITY BANK | RadioShack Corporation | Retail Deposit | #7401 |
| CAPITAL ONE BANK | RadioShack Corporation | Corporate | #6047 |
| CAPITAL ONE BANK | RadioShack Corporation | Retail Deposit | #9999 |
| CB&T BANK OF MIDDLE GEORGIA | RadioShack Corporation | Retail Deposit | #4823 |
| CENTRAL STATE BANK | RadioShack Corporation | Retail Deposit | #8998 |
| CHEMICAL BANK & TRUST CO | RadioShack Corporation | Retail Deposit | #4675 |
| CHEMICAL BANK & TRUST COMPANY | RadioShack Corporation | Retail Deposit | #0251 |
| CHEMUNG CANAL TRUST CO | RadioShack Corporation | Retail Deposit | #1479 |
| CIBM BANK | RadioShack Corporation | Retail Deposit | #5918 |
| CITIBANK | RadioShack Corporation | Corporate | #4989 |
| CITIBANK | Tandy Finance Corporation | Corporate | #9591 |
| CITIBANK | RadioShack Corporation | Retail Deposit | #5406 |
| CITIBANK/MORGAN STANLEY | Tandy Finance Corporation | Corporate | #1172 |
| CITIZEN SECURITY BANK & TRUST | RadioShack Corporation | Retail Deposit | #3974 |
| CITIZENS BANK | RadioShack Corporation | Corporate | #0991 |
| CITIZENS BANK | RadioShack Corporation | Corporate | #1025 |
| CITIZENS BANK | Tandy Finance Corporation | Corporate | #1041 |
| CITIZENS BANK | RadioShack Corporation | Corporate | #1017 |

1. In order to alleviate privacy concerns, this column only contains the last four digits of the account numbers.

| Bank | Account Holder | Account Type | Account No.[1] |
|---|---|---|---|
| CITIZENS BANK | RadioShack Corporation | Corporate | #0983 |
| CITIZENS BANK | RadioShack Corporation | Corporate | #1033 |
| CITIZENS BANK | RadioShack Corporation | Corporate | #1009 |
| CITIZENS BANK | RadioShack Global Sourcing Inc. | Corporate | #1068 |
| CITIZENS BANK | RadioShack Global Sourcing Inc. | Corporate | #0975 |
| CITIZENS BANK | RadioShack Corporation | Corporate | #0962 |
| CITIZENS BANK | RadioShack Corporation | Corporate | #0970 |
| CITIZENS BANK | RadioShack Corporation | Retail Deposit | #6199 |
| CITIZENS BANK AND TRUST | RadioShack Corporation | Retail Deposit | #4801 |
| CITIZENS NATIONAL BANK | RadioShack Corporation | Retail Deposit | #4728 |
| CITY NATL BANK | RadioShack Corporation | Retail Deposit | #2071 |
| CLINTON NATIONAL BANK | RadioShack Corporation | Retail Deposit | #0641 |
| COMERICA BANK | RadioShack Corporation | Retail Deposit | #9976 |
| COMMERCE BANK | RadioShack Corporation | Retail Deposit | #0274 |
| COMMERCE BANK | RadioShack Corporation | Retail Deposit | #0170 |
| COMMERCE BANK | RadioShack Corporation | Retail Deposit | #1515 |
| COMMERCIAL BANK & TRUST | RadioShack Corporation | Retail Deposit | #8743 |
| COMMUNITY BANK | RadioShack Corporation | Retail Deposit | #0712 |
| COMMUNITY BANK, N.A. | RadioShack Corporation | Retail Deposit | #2664 |
| COMMUNITY TRUST BANK, INC. | RadioShack Corporation | Retail Deposit | #2287 |
| COMPASS BANK | RadioShack Corporation | Retail Deposit | #8981 |
| DESERT COMMUNITY BANK | RadioShack Corporation | Retail Deposit | #2754 |
| DEUTSCHE BANK | Tandy Finance Corporation | Corporate | #5788 |
| DORAL BANK | RadioShack Corporation | Retail Deposit | #4003 |
| DORAL BANK | RadioShack Corporation | Retail Deposit | #2511 |
| DORAL BANK | RadioShack Corporation | Retail Deposit | #0428 |
| ELMIRA SAVINGS BANK FSB | RadioShack Corporation | Retail Deposit | #6152 |
| EXTRACO BANKS N.A. | RadioShack Corporation | Retail Deposit | #9931 |
| FALCON INTERNATIONAL BANK | RadioShack Corporation | Retail Deposit | #0618 |
| FARMERS & MERCHANTS BANK & TRUST | RadioShack Corporation | Retail Deposit | #4374 |
| FARMERS BANK & TRUST CO | RadioShack Corporation | Retail Deposit | #3141 |
| FIFTH THIRD | Tandy Finance Corporation | Corporate | #9320 |
| FIFTH THIRD | Tandy Finance Corporation | Corporate | #0025 |
| FIFTH THIRD BANK | RadioShack Corporation | Retail Deposit | #9148 |
| FIRST BANK OF TENNESSEE | RadioShack Corporation | Retail Deposit | #8926 |
| FIRST CITIZENS BANK | RadioShack Corporation | Retail Deposit | #1888 |
| FIRST COMMONWEALTH | RadioShack Corporation | Retail Deposit | #2225 |
| FIRST COMMONWEALTH BANK | RadioShack Corporation | Retail Deposit | #4389 |
| FIRST COMMONWEALTH BANK | RadioShack Corporation | Retail Deposit | #8936 |
| FIRST COMMUNITY BANK | RadioShack Corporation | Retail Deposit | #2631 |
| FIRST COMMUNITY BANK OF MERCERSBURG | RadioShack Corporation | Retail Deposit | #0701 |
| FIRST COMMUNITY CREDIT UNION | RadioShack Corporation | Retail Deposit | #5381 |
| FIRST FARMERS BANK & TRUST | RadioShack Corporation | Retail Deposit | #4385 |
| FIRST HAWAIIAN BANK | RadioShack Corporation | Retail Deposit | #2856 |
| FIRST MERCHANTS BANK | RadioShack Corporation | Retail Deposit | #0213 |
| FIRST MERIT BANK, NA | RadioShack Corporation | Retail Deposit | #1220 |
| FIRST MID ILLINOIS BANK & TRUST | RadioShack Corporation | Retail Deposit | #4857 |
| FIRST MIDWEST BANK NA | RadioShack Corporation | Retail Deposit | #0957 |
| FIRST MIDWEST BANK NA | RadioShack Corporation | Retail Deposit | #2788 |
| FIRST MIDWEST BANK NA | RadioShack Corporation | Retail Deposit | #6315 |
| FIRST NATIONAL BANK & TRUST | RadioShack Corporation | Retail Deposit | #5114 |
| FIRST NATIONAL BANK & TRUST CO | RadioShack Corporation | Retail Deposit | #8314 |
| FIRST NATIONAL BANK OF GRIFFIN | RadioShack Corporation | Retail Deposit | #3018 |
| FIRST NATIONAL BANK OF LOUISIANA | RadioShack Corporation | Retail Deposit | #3404 |
| FIRST NATIONAL BANK OF PENNSYLVANIA | RadioShack Corporation | Retail Deposit | #4903 |
| FIRST NATIONAL BANK TEXAS | RadioShack Corporation | Retail Deposit | #6696 |
| FIRST NATIONAL BANK TEXAS | RadioShack Corporation | Retail Deposit | #8842 |
| FIRST NATIONAL BANK TEXAS | RadioShack Corporation | Retail Deposit | #8441 |
| FIRST NATL BANK OF OTTAWA | RadioShack Corporation | Retail Deposit | #5047 |
| FIRST NIAGARA | RadioShack Corporation | Retail Deposit | #3705 |
| FIRST SENTRY BANK, INC. | RadioShack Corporation | Retail Deposit | #3116 |
| FIRST STATE BANK | RadioShack Corporation | Retail Deposit | #4420 |
| FIRST STATE BANK | RadioShack Corporation | Retail Deposit | #8708 |
| FIRST STATE BANK OF ALTUS | RadioShack Corporation | Retail Deposit | #8935 |
| FIRST TENNESSEE BANK | RadioShack Corporation | Retail Deposit | #2698 |
| FIRST UNITED BANK & TRUST CO | RadioShack Corporation | Retail Deposit | #3837 |
| FIRSTBANK | RadioShack Corporation | Retail Deposit | #5388 |
| FIRSTBANK PUERTO RICO | RadioShack Corporation | Retail Deposit | #0052 |
| FIRSTBANK PUERTO RICO | RadioShack Corporation | Retail Deposit | #3123 |
| FIRSTBANK PUERTO RICO | RadioShack Corporation | Retail Deposit | #1028 |
| FIRSTBANK PUERTO RICO | RadioShack Corporation | Retail Deposit | #0900 |
| FIRSTBANK PUERTO RICO | RadioShack Corporation | Retail Deposit | #0656 |
| FIRSTBANK PUERTO RICO | RadioShack Corporation | Retail Deposit | #2769 |
| FIRSTBANK PUERTO RICO | RadioShack Corporation | Retail Deposit | #0119 |
| FIRSTBANK PUERTO RICO | RadioShack Corporation | Retail Deposit | #0037 |

1. In order to alleviate privacy concerns, this column only contains the last four digits of the account numbers.

| Bank | Account Holder | Account Type | Account No.[1] |
|---|---|---|---|
| FIVE STAR BANK | RadioShack Corporation | Retail Deposit | #2893 |
| FORCHT BANK NA | RadioShack Corporation | Retail Deposit | #5447 |
| FROST BANK | RadioShack Corporation | Retail Deposit | #5632 |
| HAPPY STATE BANK | RadioShack Corporation | Retail Deposit | #6202 |
| HARDIN COUNTY BANK | RadioShack Corporation | Retail Deposit | #5137 |
| HOMETOWN NATIONAL BANK | RadioShack Corporation | Retail Deposit | #8201 |
| HONESDALE NATL BANK | RadioShack Corporation | Retail Deposit | #7901 |
| HSBC | Tandy Finance Corporation | Corporate | #9801 |
| HSBC | RadioShack Corporation | Retail Deposit | #7297 |
| HUNTINGTON NATL BANK | RadioShack Corporation | Retail Deposit | #9368 |
| INTERNATIONAL BANK OF COMMERCE | RadioShack Corporation | Retail Deposit | #6503 |
| INTERNATIONAL BANK OF COMMERCE | RadioShack Corporation | Retail Deposit | #6929 |
| INTRUST BANK, N.A. | RadioShack Corporation | Retail Deposit | #8843 |
| INTRUST BANK, N.A. | RadioShack Corporation | Retail Deposit | #8091 |
| INVESCO AIM | Tandy Finance Corporation | Corporate | #8377 |
| JPMCHASE | Tandy Finance Corporation | Corporate | #0554 |
| JPMORGAN CHASE MANHATTAN | RadioShack Corporation | Retail Deposit | #2643 |
| KEY BANK | Tandy Finance Corporation | Corporate | #8617 |
| KEY BANK | Tandy Finance Corporation | Corporate | #7265 |
| KEY BANK | RadioShack Corporation | Retail Deposit | #3387 |
| LAKE CITY BANK | RadioShack Corporation | Retail Deposit | #1042 |
| LAKE CITY BANK | RadioShack Corporation | Retail Deposit | #0797 |
| LAKE CITY BANK | RadioShack Corporation | Retail Deposit | #2074 |
| LCNB NATIONAL BANK | RadioShack Corporation | Retail Deposit | #3125 |
| LYON COUNTY STATE BANK | RadioShack Corporation | Retail Deposit | #7518 |
| M & T  BANK | RadioShack Corporation | Retail Deposit | #0113 |
| MAIN SOURCE BANK | RadioShack Corporation | Retail Deposit | #2483 |
| MAINSOURCE BANK | RadioShack Corporation | Retail Deposit | #5287 |
| MAINSOURCE BANK | RadioShack Corporation | Retail Deposit | #3838 |
| MORTON COMMUNITY BANK | RadioShack Corporation | Retail Deposit | #1871 |
| MUTUAL BANK | RadioShack Corporation | Retail Deposit | #1773 |
| NATIONAL BANK OF COMMERCE | RadioShack Corporation | Retail Deposit | #8472 |
| NBT BANK, N.A. | RadioShack Corporation | Retail Deposit | #6107 |
| NBT BANK, N.A. | RadioShack Corporation | Retail Deposit | #8010 |
| NORTH COMMUNITY BANK | RadioShack Corporation | Retail Deposit | #0373 |
| NORTHWAY BANK | RadioShack Corporation | Retail Deposit | #1535 |
| NORTHWAY BANK | RadioShack Corporation | Retail Deposit | #9221 |
| NORTHWEST SAVINGS BANK | RadioShack Corporation | Retail Deposit | #3028 |
| NORTHWEST SAVINGS BANK | RadioShack Corporation | Retail Deposit | #7969 |
| NOVO BANCO | Tandy Finance Corporation | Corporate | #1115 |
| OLD NATIONAL BANK IN EVANSVILLE | RadioShack Corporation | Retail Deposit | #7056 |
| OPPENHEIMER | Tandy Finance Corporation | Corporate | #6731 |
| ORIENTAL BANK | RadioShack Corporation | Retail Deposit | #3577 |
| PEOPLES BANK | RadioShack Corporation | Retail Deposit | #3834 |
| PEOPLES BANK CO. | RadioShack Corporation | Retail Deposit | #5294 |
| PEOPLES BANK, NA | RadioShack Corporation | Retail Deposit | #7853 |
| PEOPLES BANK, NA | RadioShack Corporation | Retail Deposit | #8835 |
| PEOPLES NATIONAL BANK NA | RadioShack Corporation | Retail Deposit | #6807 |
| PEOPLES UNITED BANK | RadioShack Corporation | Retail Deposit | #3470 |
| PILOT GROVE SAVINGS BANK | RadioShack Corporation | Retail Deposit | #1073 |
| PNC BANK | Tandy Finance Corporation | Corporate | #8375 |
| PNC BANK | TRS Quality Inc | Corporate | #0405 |
| PNC BANK | TRS Quality Inc | Corporate | #6305 |
| PNC BANK | RadioShack Corporation | Retail Deposit | #5914 |
| PROGRESSIVE BANK | RadioShack Corporation | Retail Deposit | #2586 |
| PROSPERITY BANK | RadioShack Corporation | Retail Deposit | #1601 |
| PROSPERITY BANK | RadioShack Corporation | Retail Deposit | #7308 |
| RABOBANK NA | RadioShack Corporation | Retail Deposit | #3620 |
| RABOBANK NA | RadioShack Corporation | Retail Deposit | #1749 |
| REGIONS BANK | Tandy Finance Corporation | Corporate | #9300 |
| REGIONS BANK | Tandy Finance Corporation | Corporate | #7382 |
| REGIONS BANK | RadioShack Corporation | Retail Deposit | #0502 |
| RELYANCE BANK, NA | RadioShack Corporation | Retail Deposit | #7956 |
| ROYAL BANK OF CANADA | Tandy Finance Corporation | Corporate | #3004 |
| SALEM FIVE CENTS SAVINGS BANK | RadioShack Corporation | Retail Deposit | #3888 |
| SANTANDER | Tandy Finance Corporation | Corporate | #1500 |
| SANTANDER | Tandy Finance Corporation | Corporate | #0260 |
| SANTANDER | RadioShack Corporation | Retail Deposit | #5252 |
| SANTANDER | RadioShack Corporation | Retail Deposit | #6574 |
| SCOTIA BANK DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #0183 |
| SCOTIABANK DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #3717 |
| SCOTIABANK DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #9939 |
| SCOTIABANK DE PUERTO RICO | RadioShack Corporation | Retail Deposit | #1835 |
| SEAWAY BANK AND TRUST COMPANY | RadioShack Corporation | Retail Deposit | #7101 |
| SOUTHCREST BANK | RadioShack Corporation | Retail Deposit | #4390 |

1. In order to alleviate privacy concerns, this column only contains the last four digits of the account numbers.

| Bank | Account Holder | Account Type | Account No.[1] |
|---|---|---|---|
| SOUTHERN BANK | **RadioShack Corporation** | Retail Deposit | #5405 |
| SOUTHERN MICHIGAN BANK & TRUST | **RadioShack Corporation** | Retail Deposit | #4409 |
| STAR FINANCIAL BANK | **RadioShack Corporation** | Retail Deposit | #0654 |
| STATE BANK OF TOULON | **RadioShack Corporation** | Retail Deposit | #3196 |
| STATE BANK OF WATERLOO | **RadioShack Corporation** | Retail Deposit | #1692 |
| STATE STREET | **Tandy Finance Corporation** | Corporate | #8018 |
| STEUBEN TRUST COMPANY | **RadioShack Corporation** | Retail Deposit | #0256 |
| STONE CASTLE | **Tandy Finance Corporation** | Corporate | #1495 |
| SUFFOLK COUNTY NATL BANK | **RadioShack Corporation** | Retail Deposit | #7520 |
| SUNFLOWER BANK, NA | **RadioShack Corporation** | Retail Deposit | #1816 |
| TALMER BANK AND TRUST | **RadioShack Corporation** | Retail Deposit | #2457 |
| TCF BANK | **RadioShack Corporation** | Retail Deposit | #2780 |
| TCF NATIONAL BANK | **Tandy Finance Corporation** | Corporate | #9498 |
| TD BANK | **RadioShack Corporation** | Retail Deposit | #7134 |
| TENNESSEE VALLEY FCU | **RadioShack Corporation** | Retail Deposit | #2100 |
| THE BANK OF NOVA SCOTIA | **RadioShack Corporation** | Retail Deposit | #5953 |
| THE BANK, NA | **RadioShack Corporation** | Retail Deposit | #2010 |
| THE POCA VALLEY BANK | **RadioShack Corporation** | Retail Deposit | #3538 |
| THE PROVIDENT BANK | **RadioShack Corporation** | Retail Deposit | #5392 |
| UBS | **Tandy Finance Corporation** | Corporate | #5515 |
| UMB BANK | **RadioShack Corporation** | Retail Deposit | #0764 |
| UNITED BANK & TRUST CO | **RadioShack Corporation** | Retail Deposit | #8744 |
| UNITED BANK, INC. | **RadioShack Corporation** | Retail Deposit | #6753 |
| US BANK | **RadioShack Corporation** | Retail Deposit | #8312 |
| VALLEY NATL BANK | **RadioShack Corporation** | Retail Deposit | #0043 |
| WAUCHULA STATE BANK | **RadioShack Corporation** | Retail Deposit | #4596 |
| WEBSTER BANK, NA | **RadioShack Corporation** | Retail Deposit | #7975 |
| WEBSTER BANK, NA | **RadioShack Corporation** | Retail Deposit | #4479 |
| WELLS FARGO | **RadioShack Global Sourcing LP** | Corporate | #1076 |
| WELLS FARGO | **Tandy Finance Corporation** | Corporate | #0720 |
| WELLS FARGO | **Tandy Finance Corporation** | Corporate | # WCF |
| WELLS FARGO | **RadioShack Corporation** | Retail Deposit | #6790 |
| WELLS FARGO | **RadioShack Corporation** | Retail Deposit | #0277 |
| WESBANCO BANK INC | **RadioShack Corporation** | Retail Deposit | #5872 |
| WHITNEY BANK | **RadioShack Corporation** | Retail Deposit | #0095 |
| WILMINGTON SAVING FUND SOCIETY | **RadioShack Corporation** | Retail Deposit | #5338 |
| WOODFOREST NATIONAL BANK | **RadioShack Corporation** | Retail Deposit | #0220 |

1. In order to alleviate privacy concerns, this column only contains the last four digits of the account numbers.