# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*, | : | Case No. 15-10197 (____) |
| Debtors. | : | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Matthew B. Harvey hereby moves for the admission *pro hac vice* of Nick S. Kaluk III of Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022 to represent Standard Wireless Inc., General Retail Holdings L.P. and General Retail Funding LLC in connection with the above-captioned cases.

Dated: February 5, 2015
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Matthew B. Harvey*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Matthew B. Harvey (No. 5186)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989
Email:  rdehney@mnat.com
       gwerkheiser@mnat.com
       mharvey@mnat.com

*Counsel to Standard Wireless Inc., General Retail Holdings L.P. and General Retail Funding LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 5, 2015
New York, New York

_____
Nick S. Kaluk, III
919 Third Avenue
New York, NY 10022
Telephone: 212-909-6000
Facsimile: 212-909-6836
Email: nskaluk@debevoise.com

8862951.1