**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS)[2] |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AMENDED[3] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR SUPPLEMENTAL[4]**
**FIRST DAY HEARING ON FEBRUARY 9, 2015 AT 9:30 A.M. (EASTERN TIME)**

CHAPTER 11 PETITIONS:

    A.     RadioShack Corporation (Case No. 15-10197)
    B.     Atlantic Retail Ventures, Inc. (Case No. 15-10199)
    C.     Ignition, L.P. (Case No. 15-10200)
    D.     ITC Services, Inc. (Case No. 15-10201)
    E.     Merchandising Support Services, Inc. (Case No. 15-10202)
    F.     RadioShack Customer Service LLC (Case No. 15-10203)
    G.     RadioShack Global Sourcing Corporation (Case No. 15-10204)
    H.     RadioShack Global Sourcing Limited Partnership (Case No. 15-10206)
    I.     RadioShack Global Sourcing, Inc. (Case No. 15-10207)
    J.     RS Ig Holdings Incorporated (Case No. 15-10208)
    K.     RSIgnite, LLC (Case No. 15-10209)
    L.     SCK, Inc. (Case No. 15-10210)
    M.     Tandy Finance Corporation (Case No. 15-10211)
    N.     Tandy Holdings, Inc. (Case No. 15-10212)
    O.     Tandy International Corporation (Case No. 15-10213)
    P.     TE Electronics LP (Case No. 15-10214)
    Q.     Trade and Save LLC (Case No. 15-10215)
    R.     TRS Quality, Inc. (Case No. 15-10217)

---

[1]    The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

[2]    Please note that these cases were initially assigned to the Honorable Kevin J. Carey, but have been reassigned to the Honorable Brendan L. Shannon. As such, the supplemental "first day" hearing will go forward in Courtroom #1.

[3]    **Amended items appear in bold type.**

[4]    On February 6, 2015 the Court held a first day hearing to address certain emergency matters .

FIRST DAY DECLARATION:

1.  Declaration of Carlin Adrianopoli in Support of First Day Pleadings (Docket No. 17; filed February 5, 2015)

SUPPLEMENTAL FIRST DAY MOTIONS:

2.  Motion for Entry of an Order (A) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor (B) Implementing Certain E-Mail Notice Procedures (C) Waiving the Requirement to File the List of Equity Security Holders and (D) Approving the Form and Manner of Notice of Commencement (Docket No. 3; filed February 5, 2015)

    Objections Filed/Received:  None as of the filing of this Agenda.

    Related Documents:  None.

    Status:  The hearing on this matter will be going forward.

3.  Application of Debtors for an Order Authorizing the Appointment of Prime Clerk LLC as Claims and Noticing Agent (Docket No. 4; filed February 5, 2015)

    Objections Filed/ Received:  None as of the filing of this Agenda.

    Related Documents:  None.

    Status:  The hearing on this matter will be going forward.

4.  Motion for an Order Authorizing the Debtors to Pay Certain Prepetition Taxes (Docket No. 8; filed February 5, 2015)

    Objections Filed/ Received:  None as of the filing of this Agenda.

    Related Documents:  None.

    Status:  The hearing on this matter will be going forward.

5.  Motion for an Order Authorizing the Debtors to Continue Their Insurance Programs and Pay Related Obligations (Docket No. 10; filed February 5, 2015)

    Objections Filed/ Received:  None as of the filing of this Agenda.

    Related Documents:  None.

    Status:  The hearing on this matter will be going forward.

6.  Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims Held by the Debtors' Warehousemen and Freight Carriers; and (II) Granting Related Relief  (Docket No. 13; filed February 5, 2015)

#32463517 v1

Objections Filed/ Received:  None as of the filing of this Agenda.

Related Documents:   None.

Status:  The hearing on this matter will be going forward.

7.      Motion for Interim and Final Orders Establishing Adequate Assurance Procedures with Respect to Debtors' Utility Providers (Docket No. 14; filed February 5, 2015).

**Objections Filed/ Received:**

**A.      Objection of Waste Management National Service, Inc. and its Affiliates in Response to Debtors Motion for Interim and Final Orders Establishing Adequate Assurance Procedures With Respect to Utility Providers and Motion for Adequate Protection (Docket No. 141; filed February 8, 2015)**

   **(i)      Affidavit of Angelo Costatini in Support of Objection of Waste Management National Service, Inc. and its Affiliates in Response to Debtors Motion for Interim and Final Orders Establishing Adequate Assurance Procedures With Respect to Utility Providers and Motion for Adequate Protection (Docket No. 144; filed February 8, 2015)**

   **(ii)      Motion to Shorten Notice of Management National Service, Inc.'s and its Affiliates' Motion for Adequate Protection (Docket No. 143; filed February 8, 2015)**

Related Documents:  None.

Status:  The hearing on this matter will be going forward.

8.      Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities, and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates (Docket No. 41; filed February 5, 2015)

Objections Filed/ Received:  None as of the filing of this Agenda.

Related Documents:   None.

Status:  The hearing on this matter will be going forward.

9.      Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §105, 107, 361, 362, 363, 364 And 507 And Rules 2002, 4001, 9014 And 9018 Of The Federal Rules Of Bankruptcy Procedure (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing, (B) Use Cash Collateral (II) Granting Liens And Super-Priority Claims; (III) Scheduling A Final Hearing; (V) Approving Entry

Into DIP Finance Support Agreement And (V) Granting Related Relief (Docket No. 52; filed February 5, 2015)

**Objections Filed/ Received:**

A.      Preliminary Objection of Certain SCP Lenders to Debtors' DIP Financing Motion (Docket No. 65; filed February 6, 2015)

B.      Preliminary Objection and Reservation of Rights of Cellco Partnership d/b/a Verizon Wireless to Debtors' Motion for Entry of Interim and Final Orders Pursuant To 11 U.S.C. §105, 107, 361, 362, 363, 364 And 507 And Rules 2002, 4001, 9014 And 9018 Of The Federal Rules Of Bankruptcy Procedure (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing, (B) Use Cash Collateral (II) Granting Liens And Super-Priority Claims; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief (Docket No. 69; filed February 6, 2015)

**C.      Limited Response of Standard General L.P. to Preliminary Objection of Certain SCP Lenders to Debtors' DIP Financing Motion (Docket No. 136; filed February 8, 2015)**

**D.      Objection of Wilmington Trust, National Association, as Trustee, to Debtors' DIP Financing Motion (Docket No. 137; filed February 8, 2015)**

Related Documents:

A.      RadioShack Corporation Debtor-In-Possession Credit Agreement Agency Fee Letter (Docket No. 61; filed February 6, 2015) (FILED UNDER SEAL)

**Status:**   The Court entered an oral Order on February 6, 2015, granting certain interim relief and directing that the hearing is to continue on February 9, 2015 at 9:30 a.m.  As such, the hearing on this matter will be going forward.  **The Debtors will present a revised proposed form of interim order at the hearing.**

10.      Motion of Debtors for an (A) Order Authorizing the Filing Under Seal of Certain Confidential Commercial Information in Connection with Debtors' Motion for Entry of an Order Authorizing Them to Enter into Postpetition Credit Agreement and Pay Certain Related Fees and (B) *In Camera* Hearing (Docket No. 55; filed February 5, 2015)

Objections Filed/ Received:  None as of the filing of this Agenda.

Related Documents:

#32463517 v1

      A.     RadioShack Corporation Debtor-In-Possession Credit Agreement Agency Fee Letter (Docket No. 61; filed February 6, 2015) (FILED UNDER SEAL)

Status:  The hearing on this matter will be going forward.

11.    Emergency Motion for Interim and Final Orders: (I) Authorizing the Debtors to Assume the Consulting Agreement; (II) Authorizing and Approving the Conduct of Store Closing or Similar Themed Sales, with Such Sales to be Free and Clear of All Liens, Claims and Encumbrances; (III) Authorizing Customary Bonuses to Store-Level Employees of Closing Business Locations; and (IV) Granting Related Relief (Docket No. 18; filed February 5, 2015)

Objections Filed/ Received:  None as of the filing of this Agenda.

Related Documents:

      A.     Interim Order: (I) Authorizing the Debtors to Assume the Consulting Agreement; (II) Authorizing and Approving the Conduct of Store Closing or Similar Themed Sales, with Such Sales to be Free and Clear of all Liens, Claims and Encumbrances; (III) Authorizing Customary Bonuses to Employees of Closing Business Locations; and (IV) Granting Related Relief (Docket No. 106; entered February 6, 2015)

Status:  The Court entered the above Order on February 6, 2015, granting certain interim relief and directing that the hearing is to continue on February 9, 2015 at 9:30 a.m.  As such, the hearing on this matter will be going forward.

Dated:  February 9, 2015
      Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

  /s/ Evelyn J. Meltzer
David M. Fournier (DE 2812)
Evelyn J. Meltzer (DE 4581)
Michael J. Custer (DE 4843)
John H. Schanne, II (DE 5260)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

-and-

#32463517 v1

David G. Heiman (OH 0038271)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Thomas A. Howley (TX 24010115)
Paul M. Green (TX 24059854)
JONES DAY
717 Texas Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600

PROPOSED ATTORNEYS FOR
DEBTORS AND DEBTORS IN
POSSESSION

#32463517 v1