**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Hearing Date: February 20, 2015 at 9:00 a.m. (ET)** |
|  | : | **Objection Deadline: February 17, 2015 at 4:00 p.m. (ET)** |
|  | : | **Related Docket Nos.: 33, 34, 108** |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I)
AUTHORIZING THE DEBTORS TO IMPLEMENT PROCEDURES FOR THE
REJECTION OF CERTAIN LEASES, (II) GRANTING AUTHORITY TO TAKE ALL
ACTIONS NECESSARY TO IMPLEMENT THE REJECTION PROCEDURES,
INCLUDING THE REJECTION OF THE LEASES AND THE ABANDONMENT
OF PERSONAL PROPERTY AND (III) GRANTING CERTAIN RELATED RELIEF**

PLEASE TAKE NOTICE that, on February 5, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion for Entry of an Order (I) Authorizing the Debtors to Implement Procedures for the Rejection of Certain Leases, (II) Granting Authority to Take All Actions Necessary to Implement the Rejection Procedures, Including the Rejection of the Leases and the Abandonment of Personal Property and (III) Granting Certain Related Relief** (Docket No. 33) (the "Motion") and the **Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Procedures for the Rejection of Certain Leases, (II) Granting Authority to Take All Actions Necessary to**

---

[1]    The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417).  The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

**Implement the Rejection Procedures, Including the Rejection of the Leases and Abandonment of Personal Property and (III) Granting Certain Related Relief** (Docket No. 34) ("Motion to Shorten Notice") (collectively, the "Motions").  A copy of the Motion is attached hereto as **Exhibit A** and a copy of the Motion to Shorten Notice is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, following a hearing to consider the Motion to Shorten Notice on February 6, 2015, the Bankruptcy Court entered the **Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Procedures for the Rejection of Certain Leases, (II) Granting Authority to Take All Actions Necessary to Implement the Rejection Procedures, Including the Rejection of the Leases and Abandonment of Personal Property and (III) Granting Certain Related Relief** (Docket No. 108) (the "Order").  A copy of the Order is attached hereto as **Exhibit C**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the hearing on the Motion will be held on **February 20, 2015 at 9:00 a.m. (ET)** before The Honorable Chief Judge Brendan L. Shannon, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that any objections or other responses (collectively, "Objections") to the entry of an Order approving the Motion must be filed on or before **February 17, 2015 at 4:00 p.m (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the Objection upon the following parties so as to be received on or before the Objection Deadline: (A) RadioShack Corporation, RadioShack Circle, Fort Worth, Texas 76102 (Attn: Carlin Adrianopoli); (B) Jones Day, 717 Texas, Suite 3300,

Houston, Texas 77002 (Attn: Paul M. Green, Esq.); (C) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, DE 19899-1709 (Attn: David M. Fournier); (D) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Richard L. Schepacarter); and (E) once it is formed, counsel to the official committee of unsecured creditors (collectively, the "Service Parties").

**IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated:  February 9, 2015
Wilmington, Delaware

PEPPER HAMILTON LLP

 /s/  Michael J. Custer
David M. Fournier (DE 2812)
Evelyn J. Meltzer (DE 4581)
Michael J. Custer (DE 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

-and-

David G. Heiman (OH 0038271)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

#32455434 v1

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Thomas A. Howley (TX 24010115)
Paul M. Green (TX 24059854)
JONES DAY
717 Texas Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600

*Proposed Attorneys for Debtors and
Debtors in Possession*

#32455434 v1