UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket No. 52** |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN FINANCING ON AN INTERIM BASIS AND (B) UTILIZE CASH COLLATERAL OF PRE-PETITION SECURED PARTIES ON AN INTERIM BASIS, (II) GRANTING ADEQUATE PROTECTION, (III) MODIFYING THE AUTOMATIC STAY, (IV) GRANTING RELATED RELIEF, PURSUANT TO 11 U.S.C. SECTIONS 105, 361, 362, 363(C), (D) & (E), 364(C), (D) & (E) AND 507(B), AND (V) SCHEDULING A FINAL HEARING AUTHORIZING FINANCING <u>ON A FINAL BASIS PURSUANT TO BANKRUPTCY RULE 4001</u>**

I, David M. Fournier, co-counsel to the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"), hereby certify as follows:

1. On February 5, 2015, the Debtors filed the *Motion For Entry Of Interim And Final Orders Pursuant To 11 U.S.C. §105, 107, 361, 362, 363, 364 And 507 And Rules 2002, 4001, 9014 And 9018 Of The Federal Rules Of Bankruptcy Procedure (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing, (B) Use Cash Collateral (II) Granting Liens And Super-Priority Claims; (III) Scheduling A Final Hearing; (V) Approving Entry Into DIP Finance*

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

*Support Agreement And (V) Granting Related Relief (*Docket No. 52) (the "DIP Financing Motion").

2. On February 6, 2015 and February 9, 2015, the Court held interim hearings (collectively, the "Hearing") with respect to the Motion. As set forth on the record at the Hearing, the Court granted the DIP Financing Motion on an interim basis. At the Hearing on February 9, 2015, the Debtors presented to the Court and parties in the Courtroom a blackline reflecting certain changes to the proposed form of interim order that was attached to DIP Financing Motion (the "Hearing Blackline").

3. Attached hereto as **Exhibit A** is a proposed *Order (I) Authorizing the Debtors to (A) Obtain Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) & (e), 364(c), (d) & (e) and 507(b), and (V) Scheduling a Final Hearing Authorizing Financing on a Final Basis  Pursuant to Bankruptcy Rule 4001(d)* (the "Revised Proposed Order"), which has been revised from the proposed form of interim order that was attached to DIP Financing Motion.

4. Attached hereto as **Exhibit B** is a blackline reflecting changes between the Revised Proposed Order and the Hearing Blackline. Attached hereto as **Exhibit C** is a cumulative blackline reflecting all of the changes between the Revised Proposed Order and the proposed form of interim order that was filed with the DIP Financing Motion.

5. The Revised Proposed Order has been circulated to, and approved as to form by, (i) the Office of the United States Trustee, (ii) counsel to the DIP Agent and DIP Lenders (as defined in the Revised Proposed Order), (iii) counsel to the Pre-Petition ABL Secured Parties (as defined in the Revised Proposed Order), (iv) the SCP Secured Parties (as

defined in the Revised Proposed Order); and (v) counsel to Wilmington Trust, National Association, as Trustee.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order, appended hereto as **Exhibit A**, at the Court's earliest convenience.

Dated: February 10, 2015
       Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ David M. Fournier
David M. Fournier (DE 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

David G. Heiman (OH 0038271)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Thomas A. Howley (TX 24010115)
Paul M. Green (TX 24059854)
JONES DAY
717 Texas Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION