**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| RadioShack Corporation., *et al.* | : | Case No. 15-10197 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Wilmington Trust, National Association,** Attn: Peter Finkel, 50 South Sixth Street, Suite 1290, Minneapolis, MN 55402, Phone: 612-217-5629; Fax: 612-217-5651.

2. **Martin Moad**, 2005 Forest Park Blvd., Ft. Worth, TX 76110; Phone: 817-924-6502.

3. **AT&T Corp.,** Attn: James Grudus, Esq., One AT&T Way, Room 3A115, Bedminster, NJ 07921, Phone: 908-234-3318; Fax: 832-213-0157.

4. **GGP Limited Partnership,** Attn: Julie Minnick Bowden, 110 N. Wacker Drive, Chicago, IL 60606. Phone: 312-860-2707; Fax: 312-442-6374.

5. **Simon Property Group, Inc**., Attn: Ronald M. Tucker, Esquire, 225 W. Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346; Fax: 317-263-7901.

6. **Tracfone Wireless**, Inc., Attn: Richard B. Salzman, Esq., 9700 NW 112th Avenue, Miami, FL 33178, Phone: 305-640-2054; 305-715-3738.

7. **National Distribution Warehouse, Inc**., 4809 Avenue No. 221, Brooklyn, NY 11224, Phone: 718-251-0096; 718-745-3203.

ANDREW R. VARA
Acting United States Trustee, Region 3

*/s/ Richard L. Schepacarter for*
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 13, 2015

Attorney assigned to this Case: Richard L. Schepacarter, Phone: (302) 573-6491; Fax: (302) 573-6497
Debtors' Counsel: David Fournier, Phone: (302) 777-6500; Fax: (302) 397-2708