IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*,[1] | Case No. 15-10197 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: February 27, 2015 @ 9:30 a.m. ET |
| | Obj. Deadline: February 25, 2015 @ 12:00 p.m.ET |
| | Re: D.I. 220 and 457 |

**LIMITED OBJECTION OF SKYE-HILSHIRE, LP TO DEBTORS' MOTION FOR (I) AN ORDER (A) ESTABLISHING BID PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' NONRESIDENTIAL REAL PROPERTY LEASES, AND (B) GRANTING CERTAIN RELATED RELIEF AND (II) AN ORDER (A) APPROVING THE SALE OF CERTAIN OF THE DEBTORS' NONRESIDENTIAL REAL PROPERTY LEASES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS, (B) APPROVING ASSUMPTION AND ASSIGNMENT OF LEASES, AND (C) GRANTING CERTAIN RELATED RELIEF**

Skye-Hilshire, LP ("Landlord"), through undersigned counsel, hereby submits its limited objection (the "Objection") to the Debtors' Motion For (I) An Order (A) Establishing Bid Procedures For The Sale Of Certain Of The Debtors' Nonresidential Real Property Leases, And (B) Granting Certain Related Relief And (II) An Order (A) Approving The Sale Of Certain Of The Debtors' Nonresidential Real Property Leases Free And Clear Of Liens, Claims, Encumbrances And Other Interests, (B) Approving Assumption And Assignment Of Leases, And (C) Granting Certain Relief [Docket No. 220] (the "Motion"). Specifically, Skye objects to (i) the proposed cure amount listed on Exhibit E to the Motion, and (ii) the lack of adequate

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

03169637.1

assurance of future performance by any entity that will be taking the lease by assignment from the tenant Debtor.  In support of this objection, Landlord states the following:

1.  Landlord, through its predecessor-in-interest VSQ-II, L.P., and RadioShack Corporation, formerly known as Tandy Corporation ("Tenant"), are parties to a lease agreement dated May 21, 1999 (as subsequently amended and extended, the "Lease") for a retail storeroom within The Shops of Hillshire Village (the "Shopping Center") having an address of 1415 Wirt Road, Suite A4, Houston, Texas 77055-4916, also known as RadioShack store #01-8013 (the "Store").  Pursuant to the Lease, the Tenant is responsible for certain costs and charges, including without limitation rent, common area expenses ("CAM Expenses"), and real estate taxes.

2.  In Exhibit E to the Motion, the Debtors proposed a cure amount under the Lease of $3,499.77 (the "Proposed Cure").  The Proposed Cure is not accurate and is less than the amount that would be owed to Landlord upon assumption and assignment.

3.  The Lease has not been identified in the Amended Initial Bid Report [Docket #499] filed by the Debtors on February 24, 2015, as a Lease that is the subject of a Qualified Bid.  It also has not been identified by the Debtors as a lease that is to be rejected, however, so Landlord seeks to provide a corrected cure amount to the extent the Lease may brought into the sale process[2].

4.  As of the date of filing this Objection, the actual amount required for cure would be $16,496.46, comprised of $10,718.30 in 2014 tax expense, $919.91 in past due CAM

---

[2] Should the Lease be the subject of a later assumption and assignment effort by the Debtors, Landlord reserves the right to provide an updated cure amount, as well as object, as needed, to any proffered assurance of future performance.

Expenses, $3,229.17 for February 2015 rent, $139.17 for February 2015 CAM, $131.43 for February 2015 insurance, and $1,786.38 for January and February 2015 tax expense, less a pending credit of $427.90. That amount is subject to increase with the passage of time pursuant to the terms of the Lease, to the extent the Debtors fail to pay post-petition Lease expenses as and when due.

5. Because the Lease is a lease of real property within a "shopping center", the additional restrictions and requirements of Section 365(b)(3) are applicable to any proposed assignment and assumption of the Lease. Landlord has received no information from the Debtors regarding adequate assurance of future performance by any proposed assignee, which is not surprising since the Lease has not yet been identified as a Lease that is the subject of a Qualified Bid. To the extent such a designation is made, however, Landlord reserves all rights to determine the "source of rent and other consideration due" under the Lease and to ensure that "the financial condition and operating performance of the proposed assignee and its guarantors, if any, shall be similar to the financial condition and operating performance of the debtor and its guarantors, if any, *as of the time the debtor became the lessee under the lease*." See 11 U.S.C. § 365(b)(3)(emphasis added). Additionally, Landlord must be assured that, pursuant to Section 365(b)(3)(B)-(D), the terms of the Lease will not be materially modified in the context of any assignment.

WHEREFORE, Landlord respectfully requests that no assumption and assignment of the Lease be authorized without payment to Landlord of the full cure amount to which it is entitled, and only upon the provision of adequate assurance of future performance by the assignee. Landlord requests such other and further relief as the Court deems just.

Dated: February 25, 2015  
      Wilmington, DE

BIFFERATO LLC

*/s/ Thomas F. Driscoll III*
Ian Connor Bifferato (#3273)
Thomas F. Driscoll III (#4703)
800 N. King Street, Plaza Level
P.O. Box 2165
Wilmington, Delaware 19899-2165
Telephone: (302) 225-7600
Facsimile: (302) 254-5383

-and-

Jayna Partain Lamar
MAYNARD COOPER & GALE PC
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 254-1048
Fax: (205) 714-6348