### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RADIOSHACK CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10197 (BLS)<br>(Jointly Administered)<br>**Re:  Docket No. 696**<br>**Hearing Date: March 26, 2015 at 9:30 a.m. (ET)**<br>**Objection Deadline:  March 13, 2015 at 4:00 p.m. (ET)** |

<u>**AMENDED NOTICE OF APPLICATION AND HEARING THEREON**</u>

**PLEASE TAKE NOTICE** that, on February 27, 2015, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession filed the **Application of Official Committee of Unsecured Creditors of RadioShack Corporation, *et al.*, Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016, and 5002, And Local Bankruptcy Rules 2014-1 and 2016-1, Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Co-Counsel, *Nunc Pro Tunc* to February 13, 2015** [Docket No. 696] (the "<u>Application</u>").  <u>**You were previously served with a copy of the Application.**</u>

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before**

---

[1]  The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

**March 13, 2015 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") and (ii) served so as to be *actually received* no later than the Objection Deadline by the undersigned proposed counsel to the Committee.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application is schedule to be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom No. 1, 824 Market Street, Wilmington, Delaware 19801 **on March 26, 2015 at 9:30 a.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

| | |
|---|---|
| Dated: March 5, 2015<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katherine Good*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>WHITEFORD, TAYLOR & PRESTON LLC<br>The Renaissance Centre, Suite 500<br>405 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 353-4144<br>Facsimile:    (302) 661-7950<br>Email:          csamis@wtplaw.com<br>                     kgood@wtplaw.com<br><br>- and -<br><br>Susheel Kirpalani<br>James C. Tecce<br>Benjamin I. Finestone<br>Katherine A. Scherling<br>William Pugh<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:   (212) 849-7000<br>Facsimile:    (212) 849-7100<br><br>*Proposed Co-Counsel for the Official Committee Of Unsecured Creditors* |