**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
| Debtors. | : | (Jointly Administered) |

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR <u>*TELEPHONIC*</u>
<u>HEARING ON MARCH 6, 2015 AT 10:00 A.M. (EASTERN TIME)</u>[3]

*APPEARANCES AT THE MARCH 6, 2015 HEARING*
*ARE BY TELEPHONE ONLY. NO IN-PERSON ATTENDANCE*
*(INCLUDING DELAWARE COUNSEL) IS PERMITTED.*

<u>MATTERS GOING FORWARD</u>:

1. Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief [Docket No. 36; filed February 5, 2015] (Bidding Procedures Only)

    **Related Document:**

    A. **Certification of Counsel Regarding Revised Proposed Order (I) Approving Bid and Sale Procedures, (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases and (III) Scheduling an Auction and Sale Hearing [Docket No. 832; filed March 5, 2015]**

---

[1]  The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

[2]  **Amended items appear in bold type.**

[3]  Any person (including Delaware counsel) who wishes to appear telephonically at the March 6, 2015 hearing must contact CourtCall LLC at (866) 582-6878 by no later than March 5, 2015 at 12:00 p.m. (noon) (Eastern Time) in accordance with the Bankruptcy Court's *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

#32805204 v1

-2-

Status:   At the February 25, 2015 hearing, the Court approved the bid procedures component of the motion and directed the Debtors to file under certification of counsel a revised form of order approving the bid procedures component of the motion. This matter is going forward as a status conference and to address any remaining open issues on bidding procedures.

2.   Motion of Official Committee of Unsecured Creditors for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1, Authorizing and Directing the Examination of the Debtors and Certain Third Parties [Docket No. 304; filed February 20, 2015]

Status:   This matter is going forward as a status conference and to address any open issues. **Issues with respect to the motion related to the First Out ABL Lenders will not be going forward.**

Dated:  March **5**, 2015
Wilmington, Delaware

PEPPER HAMILTON LLP

 /s/ Michael J. Custer
David M. Fournier (DE 2812)
Evelyn J. Meltzer (DE 4581)
Michael J. Custer (DE 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

-and-

David G. Heiman (OH 0038271)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

#32805204 v1

        Thomas A. Howley (TX 24010115)
        Paul M. Green (TX 24059854)
        JONES DAY
        717 Texas Suite 3300
        Houston, Texas 77002
        Telephone: (832) 239-3939
        Facsimile: (832) 239-3600

        PROPOSED ATTORNEYS FOR DEBTORS
        AND DEBTORS IN POSSESSION