IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RadioShack Corporation, *et al.*, | ) | Case No. 15-10197 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Docket Reference No. 304 |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF THE DEBTORS AND CERTAIN THIRD PARTIES**

Upon the motion of the Official Committee of Unsecured Creditors of RadioShack Corporation, *et al.* (the "Committee") pursuant to section 105(a) of the Bankruptcy Code, Rule 2004 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2004-1 of the United States Bankruptcy Court for the District of Delaware, seeking the entry of an order directing the examination of the Debtors and certain third parties (the "Motion"), and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and upon consideration of the Motion, and due and proper notice of the Motion having been given, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Committee is authorized to issue subpoenas to the Rule 2004 Parties[1] for the production of documents, electronically stored information, or tangible things responsive to requests relating to the Examination Topics described in the Motion; and it is further

ORDERED, that the Rule 2004 Parties shall produce documents in accordance with this Order on or before a date that is fourteen (14) days from the service of such subpoenas unless

---

[1] Capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

otherwise ordered by the Court; and it is further

ORDERED, that following a good faith effort to meet and confer, any motions to quash or otherwise modify such subpoenas may be filed in this Court as the court for the district where compliance is required, and parties are encouraged to so proceed in this Court, and to request telephonic hearings in this Court to address such issues as they may arise; and it is further

ORDERED, that the Committee is authorized to issue deposition subpoenas to the Rule 2004 Parties; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to any matter, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       March 11, 2015

Brendan Linehan Shannon
Chief United States Bankruptcy Judge