**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RADIOSHACK CORPORATION, *et al.* | ) | Case No. 15-10197-BLS |
| | ) | |
| Debtors. | ) | Re: Docket No. 939 |
| | ) | |

**OBJECTION OF STAT-BOY REAL ESTATE CORP. TO NOTICE**
**OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

Stat-Boy Real Estate Corp. (hereinafter, "Landlord"), by and through undersigned counsel, hereby objects to Debtors' *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 939] (the "Notice"), and respectfully states as follows:

**Background**

1. On February 5, 2015, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to act as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

2. On February 5, 2015, the Debtors filed the *Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets and (III) Granting Related Relief* [Docket No. 36] (the "Sale Motion").

3. On March 9, 2015, the Court entered the *Order (I) Approving Bid and Sale Procedures, (II) Approving the Form and Manner of Notice of the Sale and Assumption and*

*Assignment of Executory Contracts and Unexpired Leases and (III) Scheduling an Auction and Sale Hearing* [Docket No. 871] (the "Bidding Procedures Order").

4. On March 11, 2015, the Debtors filed the Notice.

5. Landlord is party to a lease agreement (the "Lease") with one of the Debtors for the rental of non-residential real property located in Punxsutawney, Pennsylvania (the "Property"), store number 4174. Landlord is the landlord of said Property.

6. On Exhibit "1" to the Notice, Debtors claim that the cure amount for the Lease is $558.06, which is incorrect.

**<u>Objection</u>**

7. Landlord hereby objects to the cure amount listed in the Notice. Under the terms of the Lease, the rent due and owing is equal to Three (3.0%) Percent of the prior month's gross sales made at the Property (the "Percentage Rent"). Without additional information from Debtors, Landlord has no information to verify the correct amounts for Percentage Rent presently due; provided, however, Landlord has not been paid the Percentage Rent for the following months: September 2014, October 2014, November 2014, December 2014 and January 2015, which periods all pre-date the filing of the Petition.

8. Further, should there be litigation, the Lease provides that the prevailing party shall be entitled to reimbursement for all reasonable expenses incurred, including reasonable attorneys' fees.

**Basis for Objection**

9.      The Debtors are required to cure all defaults under the Lease, including payment of attorneys' fees, pursuant to the terms of the Lease. The Debtors are responsible for curing all defaults as of assignment, and the purchaser is responsible for all liabilities arising thereafter; the Debtors cannot absolve themselves or the purchaser from liability arising under the Lease.

**Conclusion**

10.     For the reasons set forth above, Landlord respectfully objects to the proposed cure amount to the extent that it: does not accurately portray the amounts owed under the terms of the Lease, including Landlord's attorneys' fees and costs pursuant to the terms of the Lease.

WHEREFORE, Stat-Boy Real Estate Corp. respectfully requests that its right to assert a cure amount to be determined after information obtained from the Debtors is received, plus attorneys' fees and costs, be preserved against Debtors, and for such other and further relief as this Honorable Court deems just and proper.

Dated: March 16, 2015                    COLE SCHOTZ P.C.

By:  */s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

BIANCONE & WILINSKY, LLP

By:  */s/ Louis Biancone*
Louis Biancone (No. 4451)
230 Park Avenue, Suite 904
New York, NY 10169
Telephone:  (212) 661-1888
Facsimile:  (212) 661-4774

## CERTIFICATE OF SERVICE

I, Patrick J. Reilley, an attorney, hereby certify that a copy of the foregoing *Objection of Stat-Boy Real Estate Corp. to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* was duly served on the following parties via e-mail transmission, and regular first class mail, this 16th day of March, 2015.

        COLE SCHOTZ P.C.

        By: */s/ Patrick J. Reilley*
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE  19801
        Telephone:  (302) 652-3131
        Facsimile:  (302) 652-3117

## SERVICE LIST

| **Notice Parties** | **Email** |
| --- | --- |
| Robert Donohoo<br>RadioShack Corporation<br>300 RadioShack Circle<br>Fort Worth, TX 76102 | Bob.donohoo@radioshack.com |
| Gregory M. Gordon, Esq.<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 10017-6702 | gmgordon@jonesday.com |
| David M. Fournier, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709 | fournierd@pepperlaw.com |
| Richard Hahn, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 | rfhahn@debevoise.com |

Gregory W. Werkheiser, Esq.  gwerkheiser@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801

Gregg M. Galardi, Esq.  gregg.galardi@dlapiper.com
DLA Piper, LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Richard L. Schepacarter  Richard.schepacarter@usdoj.gov
Office of the U.S. Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Susheel Kirpalani, Esq.  susheelkirpalani@quinnemanuel.com
Quinn Emanuel Urguhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010