## IN UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*, | Case No. 15-10197 (BLS) |
| Debtors. | Jointly Administered |
|  | **Related Docket Nos. 36, 871 and 939** |

### OBJECTION OF MOTOROLA MOBILITY LLC (A) TO THE PROPOSED CURE AMOUNT SET FORTH IN THE DEBTORS' NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS, AND (B) REQUEST FOR ADEQUATE ASSURANCE OF FUTURE PERFORMANCE

Motorola Mobility LLC ("***Motorola***") by and through0 undersigned counsel, hereby objects to the Debtors' *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 939] (the "***Notice***"), and requests adequate assurance of future performance. In support of its objection (the "***Objection***"), Motorola respectfully states as follows.

### Background

1.     On February 5, 2015, (the "***Petition Date***"), each of the above-captioned Debtors (the "***Debtors***") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***"). The Debtors continue to act as debtors-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

2.     On February 5, 2015, the Debtors filed the *Combined Motion for Entry of Orders (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets and (III) Granting Related Relief* [Docket No. 36] (the "***Sale Motion***").

3.     On March 9, 2015, the Court entered the *Order (I) Approving Bid and Sale Procedures, (II) Approving the Form and Manner of Notice of the Sale and Assumption and*

*Assignment of Executory Contracts and Unexpired Leases and (III) Scheduling an Auction and Sale Hearing* [Docket No. 871] (the "***Bidding Procedures Order***").

4.      On March 11, 2015, the Debtors filed the Notice, which includes two agreements between the Debtors and Motorola as "Potentially Assigned Agreements" on Exhibit A attached thereto. Those agreements are described as (i) the "Program Letters to Promote Sell-Through of Motorola Handsets" and (ii) the "EDI Agreement," respectively (the "***Agreements***"). *See* Notice, Exhibit A, at p. 75.

5.      The Debtors claim that the cure amount for each of the agreements is $615,128 and $0 (the "***Proposed Cure Amounts***"), respectively. *See Id.*

### Objection

6.      Motorola hereby objects to the Proposed Cure Amounts listed in Exhibit A to the Debtors' Notice. The amount presently required to cure the Debtors' default under the Agreements is $625,050.00, plus reasonable attorneys' fee and costs to the extent permitted by the Agreements and applicable law (the "***True Cure Amount***"). Motorola is still investigating the amounts owing to it under the Agreements, however, and because this reconciliation is still ongoing, Motorola reserves the right to amend and/or supplement this Objection to claim any additional amounts it discovers owing to it under the Agreements and to which Motorola is entitled in order to cure the Debtors' default. In this regard, Motorola notes that the Debtors have provided less than a week's notice to arrive at a final reconciliation of this account.

7.      Additionally, Motorola objects to the assumption and assignment of its agreements with the Debtors to the extent that the proposed purchaser does not provide adequate assurance of future performance.

**Basis for Objection**

8.      Section 365(b) allows a debtor to assume and assign a lease or other executory contract only if "at the time of assumption of such contract or lease, the [debtor] . . . compensates, or provides adequate assurance that the [debtor] will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default." 11 U.S.C. § 365(b)(1)(B).    Therefore, Motorola is entitled to receive the True Cure Amount if the Agreements are to be assumed and assigned.

9.      Motorola is a manufacturer of smart watches, wireless speaker equipment and other telecommunications and electronic devices that, pursuant to the terms of the Agreements, the Debtors have sold at retail in their stores.

10.     The Proposed Cure Amounts do not accurately reflect the amounts outstanding under the Agreements for goods and merchandise delivered by Motorola to the Debtors prior to the Petition Date.

11.     Moreover, some of those goods and merchandise are the subject of a pending reclamation demand made by Motorola on the Debtors pursuant to 11 U.S.C. § 546(c) and Section 2-702 of the Uniform Commercial Code. *See Notice of Reclamation Demand*, filed on February 24, 2015 [Docket No. 551] (the "***Reclamation Demand***"), attached hereto as **Exhibit 1**.

12.     The purchase orders and invoices attached to the Reclamation Demand provide further support for the outstanding amounts owing by the Debtors to Motorola pursuant to the Agreements.

13.     Additionally, Motorola is entitled to its reasonable attorneys' fees and costs in connection with its efforts to protect its rights under the Agreements to the extent that such fees and costs are permitted by the Agreements and applicable law. *See In re Crown Books Corp.,*

3

269 B.R. 12, 15 (Bankr. D. Del. 2001) ("The obligation to cure defaults [under section 365(b)] includes the payment of any late or similar charges that are due under the contract or lease.") (allowing payment of attorneys' fees and expenses).

14.    Therefore, the True Cure Amount that Motorola is entitled to receive is $625,050.00, plus attorneys' fees and costs to the extent permitted by the Agreements and applicable law.  As stated above, Motorola is still investigating the amounts owing to it under the Agreements, however, and because this reconciliation is still ongoing, Motorola reserves the right to amend and/or supplement this Objection to claim any additional amounts it discovers owing to it under the Agreements and to which Motorola is entitled in order to cure the Debtors' default.

**Request for Adequate Assurance of Future Performance**

15.    In order to assign the Agreements to the purchaser of the Debtors' assets, the Debtors are required first to assume the Agreements, and then to provide Motorola with adequate assurance of future performance on the part of the proposed assignee.  *See* 11 U.S.C. § 365(f)(2). Indeed, the Debtors' Sale Motion recognizes as much.  *See* Sale Motion, ¶ 78 ("Section 365(f)(2)(B) requires, however, that adequate assurance of future performance by an assignee exist.").

16.    However, neither the Debtors nor the proposed assignee have provided Motorola with adequate assurance of the assignee's future performance under the Agreements.  In the Sale Motion, the Debtors only represent that "[they] will demonstrate adequate assurance of future performance at the Sale Hearing."  Sale Motion, ¶ 80.  This representation fails to provide Motorola, other creditors, and the Court with sufficient information to evaluate whether the Debtors and the assignee have demonstrated adequate assurance of future performance.  *See*

*Illinois Investment Trust No. 92-7163 v. Allied Waste Indus. (In re Resource Technology Corp.)*, 624 F.3d 376 (7th Cir. 2010) (identifying several relevant factors to the determination of whether a party has provided adequate assurance of future performance pursuant to section 365, including "the financial ability to perform the contract; the general economic climate; the existence of a guarantee; the reputation of the party seeking to assume responsibility for the contract; and past dealings between the parties") (citations omitted); *see also In re Colo. Sun Oil Processing LLC*, 2011 Bankr. LEXIS 3109, at *32 (Bankr. D. Colo. Aug. 12, 2011) (finding that adequate assurance of future performance had been provided where the assignee "has demonstrated the financial capability and organizational willingness to perform" under the relevant agreements). Indeed, the Debtors also recognize that adequate assurance of future performance must be demonstrated. *See* Sale Motion, ¶ 78 ("Adequate assurance may be provided by demonstrating the assignee's financial health and experience in managing the type of enterprise or property assigned.") (citing *In re Bygaph, Inc.*, 56 B.R. 596, 605-06 (Bankr. S.D.N.Y. 1986) (finding that adequate assurance is present when prospective assignee of lease from debtor has financial resources and has expressed willingness to devote sufficient funding to business to give it strong likelihood of success)).

17.    Here, Motorola has not received financial or other evidence of the proposed assignee's ability to perform under the Agreements. As a result of the lack of information provided to Motorola, absent Motorola's consent, the Debtors should be precluded from assuming or assuming and assigning the Agreements in connection with the Sale Motion and the Notice, and the Debtors should remain obligated under the Agreements notwithstanding the sale contemplated by the Sale Motion.

**Conclusion**

18.     Motorola reserves the right to amend and/or supplement this Objection and to raise other and further objections with respect to the Notice and the Sale Motion at and prior to the hearing on the Sale Motion.  Motorola further reserves the right to take discovery with respect to these issues, to the extent that the Debtors move forward with an assignment of the Agreements.

19.     More specifically, and as stated above, Motorola is still investigating the amounts owing to it under the Agreements, and because this reconciliation is still ongoing, Motorola reserves the right to amend and/or supplement this Objection to claim any additional amounts it discovers owing to it under the Agreements and to which Motorola is entitled in order to cure the Debtors' default.

WHEREFORE, Motorola respectfully requests that any order authorizing the assumption and assignment of the Agreements (i) correctly reflects the cure amount due and payable to Motorola as $625,050.00, plus attorneys' fees and costs to the extent permitted by the Agreements and applicable law, and any additional amounts that Motorola may discover in its investigation are owed to it pursuant to the Agreements, and obligates the assignee to satisfy the obligations of the Debtors under the Agreements, as set forth in this Objection, regardless of when those obligations accrued or arose, (ii) be conditioned upon the provision of adequate assurance of future performance to Motorola, and (iii) grants Motorola such other and further relief as the Court may deem just and proper.

Dated: March 16, 2015
      Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

/s/ E.E. Allinson III
Elihu E. Allinson III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: zallinson@sha-llc.com

- and -

**LOCKE LORD LLP**
Jonathan W. Young
Michael B. Kind
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: 312-201-2000
Facsimile: 312-201-2555
jonathan.young@lockelord.com
michael.kind@lockelord.com

*Attorneys for Motorola Mobility LLC*

# Exhibit 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*, | Case No. 15-10197 (BLS) |
| Debtors. | Jointly Administered |

### NOTICE OF RECLAMATION DEMAND

Motorola Mobility LLC ("***Motorola***"), by its undersigned attorneys, hereby files this Notice, pursuant to (i) Section 546(c) of the United States Bankruptcy Code (the "***Bankruptcy Code***"), and (ii) Section 2-702 of the Uniform Commercial Code, in order to perfect its interest in the goods shipped to and received by the Debtors within 45 days of the commencement of the above-captioned proceeding (the "***Reclamation Goods***") as further described below.

Pursuant to Section 546 of the Bankruptcy Code and Section 2-702 of the Uniform Commercial Code as in effect in the States of Illinois, Texas, Maryland and any other state in which the Reclamation Goods may be situated,[1] Motorola has a right to reclaim the Reclamation Goods shipped by Motorola to the Debtors in the ordinary course of business and within the forty-five (45) days prior to the filing of the jointly administered bankruptcy proceedings of the Debtors by the giving of notice to the Debtors. The Debtors are being notified of Motorola's reclamation rights by overnight courier of a letter dated February 24, 2015 (the "***Reclamation Demand***"), a copy of which is attached hereto as **Exhibit A** and incorporated herein by reference as if fully set forth herein. A copy of the Reclamation Demand was also sent to the Debtors' counsel and proposed counsel via electronic mail on February 24, 2015. The value of the

---

[1] Nothing contained in this letter should be construed as an admission as to the applicable choice of law governing this reclamation demand. Motorola reserves all rights and remedies on this and other issues to the fullest extent possible.

AM 46132912.2

Reclamation Goods that are the subject of the Reclamation Demand is $625,050.00, as set forth in the purchase orders and invoices included in Exhibit A. The Reclamation Demand further sets forth the basis and details of Motorola's reclamation rights and claim, and identifies with particularity the goods subject to such demand.

Dated: February 24, 2015
Wilmington, DE

**SULLIVAN HAZELTINE ALLINSON LLC**

By: *EE Allinson III*
Elihu Ezekiel Allinson III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: 302-428-8191
Facsimile: 302-428-8195
zallinson@sha-llc.com

- and -

**LOCKE LORD LLP**
Jonathan W. Young
Michael B. Kind
225 West Wacker Drive
Chicago, Illinois 60606-1229
Telephone: 312-201-2000
Facsimile: 312-201-2555
jonathan.young@lockelord.com
michael.kind@lockelord.com

*Attorneys for Motorola Mobility LLC*

**Exhibit A**

**Reclamation Demand**



Locke Lord Edwards
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Fax: 312-201-2555
www.lockelord.com

Jonathan W. Young
Direct Telephone: 312-201-2662
Direct Fax: 855-595-1190
jonathan.young@lockelord.com

February 24, 2015

RadioShack Corporation **(Via Federal Express)**
Attn. Anna Schlaepfer
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth, TX 76102

RadioShack Corporation **(Via Federal Express)**
1000 Terminal Road
010203
Fort Worth, TX 76106

RadioShack Corporation **(Via Federal Express)**
100 Tandy Drive
010703
Hagerstown, MD 21740

Michael Joseph Custer **(Via Federal Express and Email)**
David M. Fournier
Evelyn J. Meltzer
Attorneys for Debtors
Pepper Hamilton LLP
Hercules Plaza Suite 5100
1313 Market Street
Wilmington, DE 19801
custerm@pepperlaw.com
fournierd@pepperlaw.com
meltzere@pepperlaw.com

David G. Heiman **(Via Federal Express and Email)**
Proposed Attorney for Debtors
Jones Day
901 Lakeside Avenue

Cleveland, Ohio 44114
dgheiman@jonesday.com

Gregory M. Gordon **(Via Federal Express and Email)**
Proposed Attorney for Debtors
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201
gmgordon@jonesday.com

Thomas A. Howley **(Via Federal Express and Email)**
Paul M. Green
Proposed Attorneys for Debtors
Jones Day
717 Texas, Suite 3300
Houston, Texas 77002
tahowley@jonesday.com
pmgreen@jonesday.com

Robert W. Gaffey **(Via Federal Express and Email)**
Proposed Attorney for Debtors
Jones Day
222 East 41st Street
New York, NY 10017
rwgaffey@jonesday.com

Richard L. Schepacarter **(Via Federal Express and Email)**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
richard.schepacarter@usdoj.gov



Locke Lord Edwards
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Fax: 312-201-2555
www.lockelord.com

Jonathan W. Young
Direct Telephone: 312-201-2662
Direct Fax: 855-595-1190
jonathan.young@lockelord.com

Re:    Reclamation Demand upon the Debtors in those cases jointly administered under *In re RadioShack Corporation, et al.*, Case No. 15-10197, pending in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Proceeding***")

Ladies and Gentlemen:

This firm represents Motorola Mobility LLC ("***Motorola***"). Motorola has shipped goods to the debtors subject to the above-captioned Bankruptcy Proceeding (the "***Debtors***"), with such shipments having been made prior to the commencement of the Bankruptcy Proceeding.

On behalf of Motorola, we hereby demand the reclamation of all goods and merchandise delivered by Motorola to the Debtors within the forty-five (45) days preceding February 5, 2015 (the "***Reclamation Goods***"). The Reclamation Goods include, without limitation, those goods which are described with greater particularity on the relevant purchase orders and invoices, copies of which are attached hereto as **Exhibit 1**, and incorporated herein by reference as though set forth at length. The invoice price of the Reclamation Goods is $625,050.

Motorola further demands that the Debtors segregate all of the Reclamation Goods, and refrain from consuming or disposing of the Reclamation Goods. Motorola also demands that the Debtors afford Motorola an opportunity to inspect and identify the Reclamation Goods.

Demand is also made for an accounting of the Reclamation Goods. The Debtors are requested to take an inventory of the Reclamation Goods on hand at the time this letter is received. We request that the results of this inventory be provided to Motorola in care of the undersigned attorney. We also ask that the Reclamation Goods remain segregated until the appropriate arrangements can be made for the return of the Reclamation Goods.

This demand is made based upon the insolvency of the Debtors, and pursuant to (i) Section 546(c) of the United States Bankruptcy Code, and (ii) Section 2-702 of the Uniform Commercial Code as enacted in the states of Illinois, Texas, Maryland and any other state in which the Reclamation Goods may presently be situated.[1] The Reclamation Goods were shipped without knowledge by Motorola of the insolvency of the Debtors.

---

[1] Nothing contained in this letter should be construed as an admission as to the applicable choice of law governing this reclamation demand. Motorola reserves all rights and remedies on this and other issues to the fullest extent possible.



Locke Lord Edwards
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Fax: 312-201-2555
www.lockelord.com

RadioShack Corporation *et al.*
February 24, 2015
Page 3

These Reclamation Goods were sold by Motorola to the Debtors in the ordinary course of Motorola's business, are identifiable, were received and accepted for delivery by the Debtors while insolvent, and are alleged to be in the possession of the Debtors on the date hereof. Accordingly, Motorola demands reclamation or return of said goods.

Additionally, this letter shall not in any way be construed as a waiver or relinquishment of any rights or remedies available to Motorola including without limitation, the right of Motorola to assert an administrative claim pursuant to Section 503(b)(9) of the Bankruptcy Code which right is hereby expressly reserved. Motorola reserves all additional rights, claims, remedies, defenses and offsets to the fullest extent possible.

We thank you for your attention to this matter.

Sincerely yours,

Jonathan W. Young

Enclosures

c:    Elihu Ezekiel "Zeke" Allinson III, Esq. (counsel for Motorola)
      Michael B. Kind (counsel for Motorola)

AM 46131188.3

# **<u>Exhibit 1</u>**



**MOTOROLA**

**MOTOROLA MOBILITY LLC**
**222 W. MERCHANDISE MART PLAZA**
**SUITE 1800**
**CHICAGO IL 60654**
**UNITED STATES**
Visit our website at www.motorola.com

| INVOICE | | ORIGINAL | | 1 of 1 |
|---|---|---|---|---|
| **Transaction Number** | | **Transaction Date** | **Transaction Total** | |
| 9010713037 | | 22-JAN-2015 | **615,600.00** | |
| **P.O. Number** | | **P.O. Date** | **Customer Account No.** | |
| 668614 | | 23-DEC-2014 | 98123505 | |
| **Sales Order No.** | **Payment Terms** | **Payment Due** | **Motorola Federal Tax ID:** | |
| 1892696 | NET30 | 21-FEB-2015 | 27-0368233 | |

| **Bill To:** | **RADIOSHACK CORP** | **Ship To:** | **RADIOSHACK CORP** |
|---|---|---|---|
| **Attn: Anna Schlaepfer**<br>**300 RadioShack Circle**<br>**MS WF6-108 Merchadise Apay**<br>**FORT WORTH, TX 76102-1964**<br>**UNITED STATES** | | **1000 Terminal Road**<br>**010203**<br>**FORT WORTH, TX 76106-3887**<br>**UNITED STATES** | |

**IMPORTANT INFORMATION:**

**Freight Terms:**
DDP Origin

**Carrier:**
DHL

**For Questions, Please Contact:**
Gabriela Jablecka-Musial (musial@motorola.com)
+(48)123705675

**COMMENTS / SPECIAL INSTRUCTIONS:**

| | | INVOICE DETAIL | | | | |
|---|---|---|---|---|---|---|
| Line Item # | Model/Item Number | Description | Date Shipped | Quantity | Unit Price (USD) | Amount (USD) |
| 2 | 00418NARTL | SM,XCLOCK RETAIL DRK CHRM NA U<br>Bill of Lading #: 12296684 | 20-JAN-2015 | 1998 | 200.00 | 399,600.00 |
| 1 | 00418NARTL | SM,XCLOCK RETAIL DRK CHRM NA U<br>Bill of Lading #: 12296684 | 20-JAN-2015 | 1080 | 200.00 | 216,000.00 |

| | |
|---|---|
| Subtotal | 615,600.00 |
| Freight | 0.00 |
| Insurance | 0.00 |
| Tax | 0.00 |
| Total | 615,600.00 |

- - - - - - - - - - - - - - - - Please Detach Here and Return the Bottom Portion With Your Payment - - - - - - - - - - - - - - - -

**Payment Coupon**

| **Transaction No.** | **Customer Account No.** | **Payment Due** |   | **Transaction Total**<br>**615,600.00**<br>**USD** | **Amount Paid** |
|---|---|---|---|---|---|
| 9010713037 | 98123505 | 21-FEB-2015 |   | | |

Please put your Transaction Number and your Customer Account Number on
your payment for prompt processing.

RADIOSHACK CORP
Attn: Anna Schlaepfer
300 RadioShack Circle
MS WF6-108 Merchadise Apay
FORT WORTH, TX 76102-1964
UNITED STATES

Remit To:

**MOTOROLA**
**EFT Payments: ABA 111000012  Acct # 3756319835**
=====================================
**13100 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**
**UNITED STATES**

**DIVERSION CONTRARY TO EXPORT CONTROL LAW IS PROHIBITED**

10/19/2014 5:13 PM    RadioShack    -> 13122913991    1 of 1

RadioShack Corporation Merchandising
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 668614
**Order Date:** 10/22/2014

| Vendor Name: | MOTOROLA MOBILITY |
| | MIKE MURPHY MAILSTOP IL63IW3-2 |
| | 600 N US HWY 45 |
| | LIBERTYVILLE    IL  60048-128  USA |

| Bill To: | RadioShack Corporation |
| | M/S WF6-106 Merchandise Apay |
| | 300 RadioShack Circle |
| | Fort Worth TX  76102-1964 |

**Terms:** NET 30
**F.O.B:** ORGFRTCOL
**Shipping Instructions:** CONTACT RADIOSHACK LOGISTICS:vendorroutingrequest@radioshack.com

**RS DC Addresses:**

RS DC 0203:
RadioShack DC
1000 Terminal Rd.
Fort Worth, TX 76106

RS DC 0603:
RadioShack DC
660 N. Pioneer
Woodland, CA 95776

RS DC 0703:
RadioShack DC
100 Tandy Way
Hagerston, MD 21740

RS DC 0803:
RadioShack DC
1000 Terminal Road
Fort Worth, TX 76106

RS DC 0741:
RS.COM DIST Center
900 Terminal Road
Door 34
Fort Worth, TX 76106

## COST QUANTITY & DISTRIBUTION FROM:

| RS SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | | RS DC 0203* | RS DC 0603* | RS DC 0703* | RS DC 0803* | RS DC 0741* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6301449 MOTOG04I8NARTL 723755004184 | 6 EACH | Moto 360 Black Leather Smart Watch | 1,998 | 200.00 | $399,600.00 | 10/31/2014 Truck | | 1,998 | | | | | |
| | | **PO TOTAL:** | 1,998 | | $399,600.00 | | | | | | | | |

## COST QUANTITY & DISTRIBUTION TO:

| RS SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | | RS DC 0203* | RS DC 0603* | RS DC 0703* | RS DC 0803* | RS DC 0741* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6301449 MOTOG04I9NARTL 723755004191 | 6 EACH | Moto 360 Grey Leather Smart Watch | 0 | 200.00 | $0.00 | 12/22/2014 Truck | | | | | | | |
| 6301449 MOTOG04I8NARTL 723755004184 | 6 EACH | Moto 360 Black Leather Smart Watch | 1,080 | 200.00 | $216,000.00 | 10/31/2014 Truck | | | | | 1,080 | | |
| | | **PO TOTAL:** | 1,080 | | $216,000.00 | | | | | | | | |

**SPECIAL INSTRUCTIONS**  Vendor must follow all packing and labeling instructions as shown in the RadioShack Vendor Guide.
www.radioshackcorporation.com/contacts/vendorguide.pdf

**COMMENTS**

RadioShack's Purchase Order Terms and Conditions and the provisions of RadioShack's Vendor Guide are expressly made a part of Purchase Orders issued by RadioShack, and the Terms and Conditions and the Vendor Guide are available at http://www.radioshackcorporation.com/contacts/PO-T&C3-09-27-04.pdf. A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "tony.almone@radioshack.com". If Vendor has signed RadioShack's Vendor Agreement, then Purchase Orders issued by RadioShack shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

 **MOTOROLA**

**MOTOROLA MOBILITY LLC**
**222 W. MERCHANDISE MART PLAZA**
**SUITE 1800**
**CHICAGO IL 60654**
**UNITED STATES**
Visit our website at www.motorola.com

**INVOICE**                    ORIGINAL                    1 of 1

| Transaction Number | Transaction Date | Transaction Total |
|---|---|---|
| 9010684165 | 31-DEC-2014 | **9,450.00** |
| **P.O. Number** | **P.O. Date** | **Customer Account No.** |
| 666993 | 23-DEC-2014 | 98123505 |
| **Sales Order No.** | **Payment Terms** | **Payment Due** | **Motorola Federal Tax ID:** |
| 1892719 | NET30 | 30-JAN-2015 | 27-0368233 |

**Bill To:** **RADIOSHACK CORP**
**Attn: Anna Schlaepfer**
**300 RadioShack Circle**
**MS WF6-108 Merchadise Apay**
**FORT WORTH, TX 76102-1964**
**UNITED STATES**

**Ship To:** **RADIOSHACK CORP**
**100 Tandy Drive**
**010703**
**HAGERSTOWN, MD 21740-5180**
**UNITED STATES**

**IMPORTANT INFORMATION:**

**Freight Terms:**
COLLECT Origin

**For Questions, Please Contact:**
Gabriela Jablecka-Musial (musial@motorola.com)
+(48)123705675

**Carrier:**
CPU

**COMMENTS / SPECIAL INSTRUCTIONS:**

**INVOICE DETAIL**

| Line Item # | Model/Item Number | Description | Date Shipped | Quantity | Unit Price (USD) | Amount (USD) |
|---|---|---|---|---|---|---|
| 1 | 89722N | ASSY,PWR/PERS,PARTYLINK<br>Bill of Lading #: 59058523 | 31-DEC-2014 | 315 | 30.00 | 9,450.00 |

| | |
|---|---|
| **Subtotal** | **9,450.00** |
| **Freight** | 0.00 |
| **Insurance** | 0.00 |
| **Tax** | 0.00 |
| **Total** | **9,450.00** |

- - - - - Please Detach Here and Return the Bottom Portion With Your Payment - - - - -

**Payment Coupon**

| Transaction No. | Customer Account No. | Payment Due |
|---|---|---|
| 9010684165 | 98123505 | 30-JAN-2015 |

| Transaction Total<br>**9,450.00**<br>USD | Amount Paid |
|---|---|

Please put your Transaction Number and your Customer Account Number on
your payment for prompt processing.

**RADIOSHACK CORP**
**Attn: Anna Schlaepfer**
**300 RadioShack Circle**
**MS WF6-108 Merchadise Apay**
**FORT WORTH, TX 76102-1964**
**UNITED STATES**

Remit To:

 **MOTOROLA**
**EFT Payments: ABA 111000012  Acct # 3756319835**
===========================================
**13100 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**
**UNITED STATES**

**DIVERSION CONTRARY TO EXPORT CONTROL LAW IS PROHIBITED**

RadioShack Corporation Merchandising
300 RadioShack Circle, Fort Worth, TX 76102

# PURCHASE ORDER CHANGE

**PO Number:** 666993
**Order Date:** 10/09/2014

**Vendor Name:** MOTOROLA MOBILITY
MIKE MURPHY, MAILSTOP IL03W3-2
600 N US HWY 45
LIBERTYVILLE          IL   60048-128   USA

**Bill To:** RadioShack Corporation
MS WF6-108 Merchandise Apay
300 RadioShack Circle
Fort Worth, TX 78102-1964

**Terms:** NET 30
**F.O.B.:** ORGFRTCOL
**Shipping Instructions:** CONTACT RADIOSHACK.LOGISTICS:vendorroutingrequest@radioshack.com

**-RS DC Addresses:**

RS DC 0203:
RadioShack DC
1000 Terminal Rd.
Fort Worth, TX 76106

RS DC 0741:
RS.COM DIST Center
900 Terminal Road
Door 34
Fort Worth, TX 76106

RS DC 0803:
RadioShack DC
660 N. Pioneer
Woodland, CA 95776

RS DC 0703:
RadioShack DC
100 Tandy Way
Hagerston, MD 21740

RS DC 0803:
RadioShack DC
1000 Terminal Road
Fort Worth, TX 76106

## COST QUANTITY & DISTRIBUTION FROM:

| RS SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown RS DC 0203* | RS DC 0803* | RS DC 0703* | RS DC 0803* | RS DC 0741* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1500551 MOTO89722N 723755887229 | 5 EACH | Moto Stream | 540 | 30.00 | $16,200.00 | 11/10/2014 Truck | 225 | | 315 | | | |
| | | **PO TOTAL:** | 540 | | $16,200.00 | | | | | | | |

## COST QUANTITY & DISTRIBUTION TO:

| RS SKU/ Brand Model UPC | Master Pack UOM | Merchandise Description | Qty By Date | Price | Extended Amount | Ship By Ship Via | Total Ship Quantity Breakdown RS DC 0203* | RS DC 0803* | RS DC 0703* | RS DC 0803* | RS DC 0741* | Distribution to Follow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1500551 MOTO89722N 723755887229 | 5 EACH | Moto Stream | 540 | 30.00 | $16,200.00 | 11/10/2014 Truck | 225 | | 315 | | | |
| | | **PO TOTAL:** | 540 | | $16,200.00 | | | | | | | |

**SPECIAL INSTRUCTIONS**   Vendor must follow all packing and labeling instructions as shown in the RadioShack Vendor Guide.
www.radioshackcorporation.com/contacts/vendorguide.pdf

**COMMENTS**

RadioShack's Purchase Order Terms and Conditions and the provisions of RadioShack's Vendor Guide are expressly made a part of Purchase Orders issued by RadioShack, and the Terms and Conditions and the Vendor Guide are available at   http://www.radioshackcorporation.com/contacts/PO-T&Cs-3-27-04.pdf   A written copy of these Terms and Conditions as well as the Vendor Guide will be provided on written request to "tony.simone@radioshack.com". If Vendor has signed RadioShack's Vendor Agreement, then Purchase Orders issued by RadioShack shall be subject to the Vendor Agreement which shall control should there be any inconsistency between the Purchase Order and the Vendor Agreement.

Internal CM/ECF Live Database

**File a Notice:**

15-10197-BLS RadioShack Corporation
Type: bk                    Chapter: 11 v          Office: 1 (Delaware)
Assets: y                   Judge: BLS
Case Flag: LEAD, MEGA, SealedDoc(s), CLMSAGNT, PlnDue, DsclsDue

U.S. Bankruptcy Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from Elihu Ezekiel Allinson, III entered on 2/24/2015 at 7:30 PM EST and filed on 2/24/2015
Case Name:        RadioShack Corporation
Case Number:      15-10197-BLS
Document Number: 551

**Docket Text:**
Notice of Reclamation of Claim Filed by Motorola Mobility LLC. (Attachments: # (1) Exhibit A) (Allinson, III, Elihu)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:Notice of Reclamation Demand.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=983460418 [Date=2/24/2015] [FileNumber=12980216-0
] [711a0d4042abd765531451e67f33e9855897a7623db02295644fbaae938e7e467a
0650fb722f7ec21289536cdb7aecdcdf2f0ebf5902ff4a9fe5c12bcd48e]]
Document description:Exhibit A
Original filename:C:\fakepath\Reclamation Demand.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=983460418 [Date=2/24/2015] [FileNumber=12980216-1
] [1ae0eb84daff05f0381f8e74124df3ba3102194605fc417151e57363fcc5501e0c3
aeaf380f0d2d8b54d776fa4e9cd60164873ccaa24da79d26e257be45cf1b7]]

15-10197-BLS Notice will be electronically mailed to:

Kenneth E. Aaron on behalf of Creditor Bird 107 Partners, Ltd. n/k/a Bird 107 Partners, Ltd., LLLP
kaaron@weirpartners.com, creese@weirpartners.com

David G. Aelvoet on behalf of Creditor Bexar County
davida@publicans.com

David G. Aelvoet on behalf of Creditor City of El Paso
davida@publicans.com

Bruce W. Akerly on behalf of Creditor Leonard Roberts
bakerly@canteyhanger.com, nstarr@canteyhanger.com; mzastrow@canteyhanger.com

Elihu Ezekiel Allinson, III on behalf of Creditor Motorola Mobility LLC
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com; KDavis@SHA-LLC.com; hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Creditor William Petropoulos
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com; KDavis@SHA-LLC.com; hcoleman@sha-llc.com

Daniel K. Astin on behalf of Creditor Watauga 377, LLC, West 7th Corsicana LLC, TSCA-245 Limited Partnership, and TSCA-253 Limited Partnership
dastin@ciardilaw.com, jmcmahon@ciardilaw.com

Michael L. Atchley on behalf of Interested Party 1983 Harris Family Trust, EC Cleburne Properties, Ltd., Hamco Realty Hopkinsville, LLC, Hamco Realty Kansas, LLC,
Hayco Realty, Ltd., Merge Holdings, LLC, Sentinel Properties, LLC, Westover Eagle Harb
matchley@popehardwicke.com

Lindsey F. Baker on behalf of Creditor Glimcher Properties Limited Partnership
lbaker@fbtlaw.com

Elizabeth Banda Calvo on behalf of Creditor Arlington ISD, Eagle Mountain-Saginaw ISD,City of Azle, Carroll ISD, Crowley ISD, Mansfield ISD, City of Benbrook,
Johnson County et al, Ennis ISD, Richardson ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Ashley F. Bartram on behalf of Interested Party State of Texas
ashley.bartram@texasattorneygeneral.gov

Don A. Beskrone on behalf of Creditor American Bankers Insurance Company of Florida
dbeskrone@ashby-geddes.com

Don A. Beskrone on behalf of Creditor Assurant Service Protection, Inc.
dbeskrone@ashby-geddes.com

Don A. Beskrone on behalf of Creditor Federal Warranty Service Corporation

## CERTIFICATE OF SERVICE

I, Elihu E. Allinson III, do hereby certify I am not less than 18 years of age and that on this 16th day of March 2015, I caused a copy of the within document to be served upon the parties on the attached service in the manner indicated.


March 16, 2015                                    /s/ E.E. Allinson III
Date                                             Elihu E. Allinson III

## SERVICE LIST

**FIRST CLASS MAIL**
Bob Donohoo, Esq.
RadioShack Corporation
RadioShack Circle
Fort Worth, TX  76102

**FIRST CLASS MAIL**
Gregory M. Gordon, Esq.
Jones Day
2727 N. Harwood Street
Dallas, TX  75201

**HAND DELIVERY**
David M. Fournier, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19801

**HAND DELIVERY**
Richard L. Schepacarter, Esq.
Office of the United States Trustee
District of Delaware
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

**HAND DELIVERY**
Christopher M. Samis, Esq.
Whiteford Taylor Preston LLP
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801-3700

**FIRST CLASS MAIL**
Richard Hahn, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022

**HAND DELIVERY**
Gregory Werkhesier, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
Gregg Galardi, Esq.
DLA Piper, LLP (US)
1251 Avenue of the Americas
New York, NY  10020

**FIRST CLASS MAIL**
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010