UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*,[1] | : Case No. 15-10197 (BLS) |
| Debtors. | : (Jointly Administered) |
| | : Related Docket Nos. 220, 457 |

### CERTIFICATION OF COUNSEL REGARDING ADDITIONAL ROUND ONE SUCCESSFUL BIDS (LEASE TERMINATION AGREEMENTS)

I, Michael J. Custer, co-counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certify as follows:

1. On February 12, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain of the Debtors' Nonresidential Real Property Leases, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain of Debtors' Nonresidential Real Property Leases Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases, and (C) Granting Certain Related Relief** [Docket No. 220] the "Lease Sale Motion"), seeking authorization and approval of sale and bidding procedures (the "Bidding Procedures") for certain of the Debtors' unexpired, nonresidential real property leases (the "Leases").

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

#32943804 v2

-2-

2. On February 20, 2015, the Bankruptcy Court entered the **Amended Order (I) Approving Bid and Sale Procedures with Respect to NonResidential Property Leases and Lease Designation Rights, (II) Approving Cure Procedures and Related Notice Procedures; (III) Scheduling an Auction and Sale Hearing and (IV) Granting Related Relief** [Docket No. 457] (the "Round One Bid Procedures Order") approving Bidding Procedures.

3. Pursuant to the Round One Bid Procedures Order, the Debtors have identified as successful bids for the Leases identified in **Exhibits A through H** hereto, lease termination agreements between the Debtors and the affected landlord for the Lease to be terminated (the "Lease Termination Agreements"), as set forth below and attached hereto:

| Store Number | Lease Termination Agreement |
| --- | --- |
| 1623 | Exhibit A |
| 1823 | Exhibit B |
| 1908 | Exhibit C |
| 3023 | Exhibit D |
| 3093 | Exhibit E |
| 9298 | Exhibit F |
| 9840 | Exhibit G |
| 9849 | Exhibit H |

4. The Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit I** (the "Proposed Order"), authorizing the Debtors to enter into the Lease Termination Agreements.

#32943804 v2

-3-

WHEREFORE, the Debtors respectfully request the entry of the Proposed Order at the earliest convenience of the Court.

Dated: March 19, 2015
Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Michael J. Custer
David M. Fournier (DE 2812)
Evelyn J. Meltzer (DE 4581)
Michael J. Custer (DE 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

David G. Heiman (OH 0038271)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Thomas A. Howley (TX 24010115)
Paul M. Green (TX 24059854)
JONES DAY
717 Texas Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

*Attorneys for Debtors and Debtors in Possession*