# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> RADIOSHACK CORPORATION, et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 15-10197 (BLS) <br> (Jointly Administered) <br><br> Re: Docket No. 801, 1432 |

## ORDER GRANTING MOTION OF CITIBANK, N.A. FOR RELIEF FROM STAY, REQUEST FOR ADEQUATE PROTECTION AND OTHER RELIEF

And now, upon consideration of the *Motion of Citibank, N.A. for Relief from Stay and Request for Adequate Protection and Other Relief* (the "Motion");[1] and upon consideration of any opposition filed in response to the Motion; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and after due deliberation, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The motion is **GRANTED.**

2. Relief from the automatic stay is granted to allow Citibank to send a notice of termination pursuant to Section 4.4(b)(iv) of the MSA.

---

[1] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

25349182.1

3.  The stay provided for by Fed. R. Bankr. P. 4001(a)(3) is waived, and this Order shall become effective immediately upon entry.

Dated: March 24, 2015
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

25349182.1