# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
―――
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
302.651.3080
DIRECT FAX
302.434.3080
EMAIL ADDRESS
ANTHONY.CLARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

March 25, 2015

The Honorable Brendan L. Shannon
U.S. Bankruptcy Court
District of Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801

RE: *RadioShack Corporation, et al.*, Case No. 15-10197 (BLS)

Dear Chief Judge Shannon:

      I write on behalf of Salus Capital Partners, LLC, agent for the SCP Lenders, in connection with the auction of RadioShack's assets, which commenced Monday morning and, as of late Tuesday night, remained open, and the related hearing scheduled before Your Honor this Thursday, March 26, 2015 at 9:30 a.m. (Eastern).

      At the telephonic status conference on March 20, 2015, we advised the Court of certain concerns about the auction process that, if not remedied, might result in a request for the Court's assistance. Those concerns unfortunately have materialized. Accordingly, and given the time-sensitive nature of the issues involved, Salus requests a telephonic or other status conference at the Court's earliest convenience in advance of any consideration of the Debtors' request to approve a sale at the March 26 hearing.

      As the Court is aware, and as explained in further detail in Salus's objection to the Debtors' sale motion which is being filed simultaneously with this letter, General Wireless, Inc., an acquisition entity formed by Standard General, L.P., has submitted a series of ever-decreasing-value "stalking horse" bids comprised, in significant part, of a bid of certain of the secured debt ostensibly held by it and other

The Honorable Brendan L. Shannon
March 25, 2015
Page 2

lenders under the so-called "ABL Credit Agreement" which those lenders claim is entitled to priority over the SCP Lenders' secured claims. Salus has filed an adversary proceeding challenging the priority of the ABL Lenders' claims which seeks to limit the amount of those claims that may be credit bid and to require that payments made to the ABL Lenders on their claims in and after October 2014 in derogation of an intercreditor agreement among the secured lenders be disgorged to the SCP Lenders (which payments Salus estimates to be at least $129 million). Salus also has moved to limit Standard General's credit bid pursuant to Bankruptcy Code § 363(k), which motion is on the agenda for the March 26 hearing.

Salus and certain liquidation agents together have developed, and submitted for the Debtors' consideration at the auction, a bid that they believe is materially superior to the Standard General bid. It includes significantly more cash – over $270 million compared to $16.4 million in cash to be contributed by Standard General. Both the Salus bid and the Standard General bid are conditioned on a determination of the claims raised in Salus's adversary proceeding and related section 363(k) motion. However, the Debtors have indicated that they are discounting Salus's bid, but not Standard General's, on account of this conditionality and in an amount that the Debtors have not yet specified to Salus. The Debtors also have advised Salus that they believe the Standard General bid is superior, although, again, the Debtors have yet to provide any written analysis to Salus to support this conclusion.

Respectfully, it is not the Debtors' place to unilaterally, in effect, declare who the prevailing parties are in the formal litigation proceedings pending before this Court and impose a discount for these litigation risks on one side in the auction but not the other. Those litigation matters are for the Court, not the Debtors, to resolve and decide; only when the Court has done so can the conditionality in the bids be removed, the relative merits of the competing bids be assessed, and the best bid at the auction be determined. Accordingly, Salus requests that the Court intervene – before any effort is made to declare a winning bidder or to close the auction – and set an expedited schedule to address and decide the issues raised in the section 363(k) motion, so that the competing bid conditions can be resolved and an auction winner declared.

We are available at the convenience of the Court to discuss these matters further.

Respectfully yours,

*/s/ Anthony W. Clark*

Anthony W. Clark

The Honorable Brendan L. Shannon
March 25, 2015
Page 3


cc: counsel on attached list via email

The Honorable Brendan L. Shannon
March 25, 2015
Page 4

Thomas Howley, Esq. (tahowley@jonesday.com)
Paul M Green, Esq. (pmgreen@JonesDay.com)
John Mazey, Esq. (jemazey@jonesday.com)
John Kane, Esq. (jkkane@jonesday.com)
Richard Schepacarter, Esq. (Richard.Schepacarter@usdoj.gov)
James Tecce, Esq. (jamestecce@quinnemanuel.com)
Benjamin Finestone, Esq. (benjaminfinestone@quinnemanuel.com)
Kate Scherling, Esq. (katescherling@quinnemanuel.com)
William Pugh, Esq. (williampugh@quinnemanuel.com)
Shannon Rose Selden, Esq. (srselden@debevoise.com)
Jonathan Levitsky, Esq. (jelevits@debevoise.com)
Richard Hahn, Esq. (rfhahn@debevoise.com)
Nick Kaluk, Esq. (nskaluk@debevoise.com)
M. Natasha Labovitz, Esq. (nlabovit@debevoise.com)
Gregg Galardi, Esq. (Gregg.Galardi@dlapiper.com)
Lawrence F. Flick, Esq. (flick@blankrome.com)
Rick Antonoff, Esq. (rantonoff@BlankRome.com)
Michael Kim, Esq. (mkim@blankrome.com)
Stanley Tarr, Esq. (Tarr@BlankRome.com)
Victoria A. Guilfoyle, Esq. (guilfoyle@blankrome.com)
Damian Schaible, Esq. (damian.schaible@davispolk.com)
Darren Klein, Esq. (darren.klein@davispolk.com)
Stephen Castro, Esq. (stephen.castro@kayescholer.com)
Scott Talmadge, Esq. (Scott.Talmadge@kayescholer.com)
Norman Pernick, Esq. (NPernick@coleschotz.com)
David W. Giattino, Esq. (dgiattino@coleschotz.com)
Marion Quirk, Esq. (MQuirk@coleschotz.com)
Cathy Hershcopf, Esq. (chershcopf@cooley.com)
Jay Indyke, Esq. (jindyke@cooley.com)
Richard S. Kanowitz, Esq. (rkanowitz@cooley.com)
Jeffrey L. Cohen, Esq. (jcohen@cooley.com)
Seth Van Aalten, Esq. (svanaalten@cooley.com)
Michael Klein, Esq. (mklein@cooley.com)
David L. Pollack, Esq. (pollack@ballardspahr.com)
Pat Nash, Esq. (patrick.nash@kirkland.com)
Joe Graham, Esq. (joe.graham@kirkland.com)
David I. Swan, Esq. (dswan@mcguirewoods.com)
James E. Van Horn, Esq. (jvanhorn@mcguirewoods.com)
Brett D. Fallon, Esq. (bfallon@morrisjames.com)
Rob Dehney, Esq. (rdehney@mnat.com)
Matthew Harvey, Esq. (MHarvey@MNAT.com)
Greg Werkheiser, Esq. (GWerkheiser@MNAT.com)

Jeremy Ryan, Esq. ('jryan@potteranderson.com)
R. Stephen Mcneill, Esq. (rmcneill@potteranderson.com)
Mark Somerstein, Esq. (mark.somerstein@ropesgray.com)
Meredith Tinkham, Esq. (meredith.tinkham@ropesgray.com)
Brian J. Lohan, Esq. (blohan@sidley.com)
Ronald M. Tucker, Esq. (rtucker@simon.com)
Tom Byrne, Esq. (tom.byrne@sutherland.com)
Elihu E. Allinson, Esq. (zallinson@sha-llc.com)
William Hazeltine, Esq. (whazeltine@sha-llc.com)
Jamie Edmonson, Esq. (jledmonson@venable.com)
Mark Desgrosseilliers, Esq. (mdesgrosseilliers@wcsr.com)
Morgan L. Patterson, Esq., Esq. (mpatterson@wcsr.com)
Jonathan Young, Esq. (jonathan.young@lockelord.com)
Shawn M. Christianson, Esq., Esq. (schristianson@buchalter.com)
Ian Fredericks, Esq. (IFredericks@hilcoglobal.com)
David Fournier, Esq. (fournierd@pepperlaw.com)
Evelyn Meltzer, Esq. (meltzere@pepperlaw.com)
John Schanne, Esq. (schannej@pepperlaw.com)
Chris Samis, Esq. (csamis@wtplaw.com)
Katherine Good, Esq. (kgood@wtplaw.com)
Joseph McMahon, Esq. (JMcMahon@ciardilaw.com)
Howard Cohen, Esq. (howard.cohen@dbr.com)
Rafael X. Zahralddin-Aravena, Esq. (rxza@elliottgreenleaf.com)
Jonathan M. Stemerman, Esq. (jms@elliottgreenleaf.com)
Adam Harris, Esq. (adam.harris@srz.com)
David Hillman, Esq. (david.hillman@srz.com)
Brian Tong, Esq. (Brian.Tong@srz.com)
John Ventola, Esq. (jventola@choate.com)
Paul Popeo, Esq. (ppopeo@choate.com)
Mark Edgarton, Esq. (gedgarton@choate.com)
Sean Monahan, Esq. (smonahan@choate.com)
Jay Goffman, Esq. (Jay.Goffman@skadden.com)
Mark McDermott, Esq. (Mark.McDermott@skadden.com)
Christine Okike, Esq. (Christine.Okike@skadden.com)
Greg Gordon, Esq. (gmgordon@jonesday.com)
David Carickhoff, Esq. (Dcarickhoff@Archerlaw.com)
Justin Alberto, Esq. (jalberto@bayardlaw.com)
Michael H. Goldstein, Esq. (mgoldstein@goodwinprocter.com)
Gregory W. Fox, Esq. (gfox@goodwinprocter.com)
Brian D. Hail, Esq. (bhail@goodwinprocter.com)
Michael Chartock, Esq. (Mchartock@Gordonbrothers.Com)
C. Barr Flinn, Esq. (bflinn@ycst.com)

The Honorable Brendan L. Shannon
March 25, 2015
Page 6

        Ken Enos, Esq. (kenos@ycst.com)
        attorney.general@state.de.us
        bankfilings@ycst.com
        usade.ecfbankruptcy@usdoj.gov