

ELISE S. FREJKA
PHONE (212) 641-0848
EFREJKA@FREJKA.COM

March 25, 2015

Honorable Brendan Linehan Shannon
United States Bankruptcy Judge
District of Delaware
824 North Market Street
Wilmington, DE 19801

Re:   In re RadioShack Corp. et al., Case No.: 15-10197 (BLS) (*Jointly Administered*)

Dear Chief Judge Shannon:

    I am the duly appointed Consumer Privacy Ombudsman in the above-referenced cases (D.I. 953).

    I have been advised by the Debtors that customer lists and other customer-related information (the "Customer Data") will not be included as part of the sale to be considered by the Court on March 26, 2015. In light of the fact that the sale of Personally Identifiable Information, as defined in section 101(41A) of the Bankruptcy Code, is not at issue at this time, the Ombudsman respectfully submits that filing a report at this time would not benefit the Court or other parties-in-interest.

    The Ombudsman will continue to work with the Debtors and other parties-in-interest and, to the extent the Debtors seek authority from the Court to sell the Customer Data, the Ombudsman will file a report with recommendations that take into account the specific facts and circumstances applicable to any such sale.

    I will be available at tomorrow's hearing to discuss these issues.

Respectfully submitted,

*/s/ Elise Frejka*

Elise S. Frejka
Consumer Privacy Ombudsman

cc: All counsel of record (via ECF)