**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*, | Case No. 15-10197 (BLS) |
| Debtors. | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Elise S. Frejka, Esquire, the duly appointed Consumer Privacy Ombudsman in the above-referenced cases.

Respectfully submitted,

Dated: March 25, 2015
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner (#3995)
Julia B. Klein (#5198)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{00015782. }

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, the United States District Courts for the Southern, Eastern and Northern Districts of New York, the Supreme Court of the United States, and the United States Court of Appeals for the Second Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 25, 2015                          */s/ Elise S. Frejka*
                                                       Elise S. Frejka
                                                       FREJKA PLLC
                                                       733 Third Avenue
                                                       New York, NY 10017
                                                       Phone: (212) 641-0800
                                                       efrejka@frejka.com