# EXHIBIT A

| RADIOSHACK OPEN TRANSACTIONS | | | | | |
|---|---|---|---|---|---|
| Customer Number | SOP Number | Document Date | Document Amount | Due Date | Customer PO Number |
| RADIO SHACK | INV0000002183 | 10/22/2014 | 134,745.00 | 12/11/2014 | 662626 010203 |
| RADIO SHACK | INV0000002184 | 10/22/2014 | 134,745.00 | 12/11/2014 | 662626 010603 |
| RADIO SHACK | INV0000002185 | 10/22/2014 | 269,490.00 | 12/11/2014 | 662626 010703 |
| RADIO SHACK | INV0000002186 | 10/22/2014 | 153,990.00 | 12/11/2014 | 662608 010203 |
| RADIO SHACK | INV0000002187 | 10/22/2014 | 153,990.00 | 12/11/2014 | 662608 010603 |
| RADIO SHACK | INV0000002188 | 10/22/2014 | 307,980.00 | 12/11/2014 | 662608 010703 |
| RADIO SHACK | INV0000002189 | 10/22/2014 | 15,000.00 | 12/11/2014 | 662726 010203 |
| RADIO SHACK | INV0000002190 | 10/22/2014 | 15,000.00 | 12/11/2014 | 662726 010603 |
| RADIO SHACK | INV0000002191 | 10/22/2014 | 30,000.00 | 12/11/2014 | 662726 010703 |
| RADIO SHACK | INV0000002192 | 10/22/2014 | 15,000.00 | 12/11/2014 | 663305 010203 |
| RADIO SHACK | INV0000002193 | 10/22/2014 | 15,000.00 | 12/11/2014 | 663305 010603 |
| RADIO SHACK | INV0000002194 | 10/22/2014 | 30,000.00 | 12/11/2014 | 663305 010703 |
| RADIO SHACK | INV0000002312 | 11/20/2014 | 3,079.76 | 1/4/2015 | 666261 010203 |
| RADIO SHACK | INV0000002509 | 12/22/2014 | 1,231.92 | 2/5/2015 | 669796 010203 |
| RADIO SHACK | CREDT00000345 | 12/31/2014 | (30,877.39) | | EARLY PAY DISCOUNT |
| RADIO SHACK | PYMNT00000403 | 12/24/2014 | (748,466.76) | | UNAPPLIED PAYMENT |
| RADIO SHACK | PYMNT00000417 | 12/31/2014 | (260,310.00) | | UNAPPLIED PAYMENT |
| | | | **239,597.53** | | |