## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket Nos.: 36, 965** |

## <u>NOTICE OF FURTHER REVISED FORM OF PROPOSED SALE ORDER</u>

PLEASE TAKE NOTICE that on February 5, 2015, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") filed the *Debtors' Combined Motion For Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief* [Docket No. 36] (the "<u>Sale Motion</u>") in connection with the sale ("<u>Sale</u>") of certain of the Debtors' assets, attached to which as Exhibit D is a proposed form of order (the "<u>Sale Order</u>") approving the Sale.

PLEASE TAKE FURTHER NOTICE that on March 12, 2015, the Debtors filed the *Notice of Revised Form of Proposed Sale Order* [Docket No. 965], attached to which as Exhibit A is a revised proposed form of the Sale Order (the "<u>Revised Sale Order</u>") approving the Sale.

PLEASE TAKE FURTHER NOTICE that a further revised proposed form of the Sale Order (the "<u>Further Revised Sale Order</u>") is attached hereto as **<u>Exhibit A</u>**.  A blackline of

---

[1]     The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417).  The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

the Further Revised Sale Order reflecting the changes made to the Revised Sale Order is attached

hereto as **Exhibit B**.


Dated:  March 31, 2015                    PEPPER HAMILTON LLP
Wilmington, Delaware


     /s/ Evelyn J. Meltzer
David M. Fournier (DE 2812)
Evelyn J. Meltzer (DE 4581)
Michael J. Custer (DE 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

-and-

David G. Heiman (OH 0038271)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Thomas A. Howley (TX 24010115)
Paul M. Green (TX 24059854)
JONES DAY
717 Texas Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

#33199973 v1