Radio Shack 01-6929                                03-27-2015
Manager: Stephen J. McKolay
1377 S. Airport Rd. W.
Traverse City, Michigan 49686
231-941-7542

To:   The Honorable Brendan l. Shannon
      U.S. Bankruptcy Court
      District of Delaware
      824 North Market Street
      Wilmington, DE 19801

      RE: Radio Shack, et al., Case 15-10197(BLS)

---

Dear Chief Judge Shannon,

   My name is Stephen J. McKolay and I am the longest tenured manager within the Radio Shack organization. My career is in its 43 rd year as manager.

I will be brief:

   I write in total support of the auction results that had awarded to bid to Standard General. I can tell you that when we, the remaining employees (some 7500) heard this news a feeling of relief was felt.
   Since the winning bid awarded by Radio Shack to Standard General has the full support of the Committee and Cerberus it is my opinion that you should rule and find the bid to be approved and binding.

Respectfully,

*[signature: Stephen J. McKolay]*

Stephen J. McKolay

To: Jill Walker, Judicial Assistant
   The Honorable Chief Judge, Brendan L. Shannon

Forward to: helpdeskde@deb.uscourts.gov

Subject: Letter of support of Standard General Bid

To whom it may concern:

Please see that this letter is forwarded to the court.

Respectfully,

Stephen J. McKolay, Radio Shack Store Manager 01-6929