**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
| Debtors. | : | (Jointly Administered) |
|  | : | **Related Docket No.: 1729**<br>**Hearing Date: April 28, 2015 at 9:00 a.m. (ET)** |

**NOTICE OF FILING OF REVISED PROPOSED FORM OF
ORDER (I) APPROVING BID AND SALE PROCEDURES WITH RESPECT
TO THE SALE OF CERTAIN LEASE ASSETS, (II) APPROVING CURE
PROCEDURES AND RELATED NOTICE PROCEDURES; (III) SCHEDULING AN
AUCTION AND SALE HEARING AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on April 7, 2015, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Third Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain Lease Assets, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain Lease Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (B) Granting Certain Related Relief* [Docket No. 1729] (the "Round Three Lease Sale Motion").[2]

PLEASE TAKE FURTHER NOTICE that attached to the Round Three Lease Sale Motion as "Exhibit A" is a proposed form of *Order (I) Approving Bid and Sale Procedures With Respect to the Sale of Certain Lease Assets, (II) Approving Cure Procedures and Related Notice Procedures, (III) Scheduling an Auction and Sale Hearing and (IV) Granting Related Relief* (together with the proposed Bidding Procedures as annexed thereto, the "Bidding Procedures Order").

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Round Three Lease Sale Motion.

#33442885 v2

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a revised proposed form of Bidding Procedures Order, including revised proposed Bidding Procedures as annexed thereto (collectively, the "Revised Bidding Procedures Order").

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit B** is a blacklined version of the Revised Bidding Procedures Order marked against the Bidding Procedures Order filed with the Round Three Lease Sale Motion.

PLEASE TAKE FURTHER NOTICE that the form of Revised Bidding Procedures Order remains subject to further change prior to or at the hearing on the bidding procedures portion of the Round Three Lease Sale Motion, which is scheduled to be held on **April 28, 2015 at 9:00 a.m. (Eastern Time)** before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom #1, 824 N. Market Street, Wilmington, Delaware 19801.

Dated: April 17, 2015
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Michael J. Custer
David M. Fournier (DE 2812)
Evelyn J. Meltzer (DE 4581)
Michael J. Custer (DE 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

David G. Heiman (OH 0038271)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Gregory M. Gordon (TX 08435300)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

#33442885 v2

-3-

    Thomas A. Howley (TX 24010115)
    Paul M. Green (TX 24059854)
    JONES DAY
    717 Texas Suite 3300
    Houston, Texas 77002
    Telephone:  (832) 239-3939
    Facsimile:  (832) 239-3600

    ATTORNEYS FOR DEBTORS AND
    DEBTORS IN POSSESSION