IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **RADIOSHACK CORPORATION,** *et al.* | : | Bankruptcy No. 15-10197 (BLS) |
| | : | (Jointly Administered) |
| **Debtors** | : | |
| | : | Related to Docket #: 1768 & 1822 |
| | : | Hearing Date: April 28, 2015 at |
| | : | 11:00am EST |

**NOTICE OF JOINDER BY THE COMMONWEALTH OF PENNSYLVANIA
IN THE STATE OF TEXAS' OBJECTION TO DEBTORS' COMBINED MOTION FOR
ENTRY OF ORDERS: (I) ESTABLISHING BIDDING AND SALE PROCEDURES; (II)
APPROVING THE SALE OF CERTAIN IP AND RELATED ASSETS; AND (III)
GRANTING RELATED RELIEF
[As Including the Sale of Personally Identifiable Information]**

The Commonwealth of Pennsylvania, acting by its Attorney General Kathleen G. Kane, through the Bureau of Consumer Protection, by and through the undersigned counsel, now gives notice that it joins in the Objection to Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale Of Certain IP and Related Assets; and (III) Granting Related Relief [As Including the Sale of Personally Identifiable Information] filed by the State of Texas as the proposed sale of consumers' personally identifiable information would violate the provisions of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201-1, *et seq.*

                        Respectfully Submitted,

                        COMMONWEALTH OF PENNSYLVANIA

                        KATHLEEN G. KANE
                        *Attorney General*

Date: 4-17-15    _____
SAVERIO P. MIRARCHI
*Senior Deputy Attorney General*
Commonwealth of Pennsylvania
Office of Attorney General
Bureau of Consumer Protection
PA Attorney I.D. #: 88616
21 South 12th Street, 2nd Floor
Philadelphia, Pennsylvania 19107
Telephone: (215) 560-2445
Fax: (215) 560-2494
E-mail: smirarchi@attorneygeneral.gov