IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 11 <br> ) |
| RADIOSHACK CORPORATION, *et al.*,[1] | ) <br> ) <br> ) Case No. 15-10197 (BLS) <br> ) |
| Debtors. | ) (Jointly Administered) |

LIMITED OBJECTION OF THE STATE OF TEXAS
TO APPROVAL OF THE SALE OF CERTAIN IP AND RELATED ASSETS
*Relates to Dkt. 1768*

Comes now the State of Texas (the "State"), by and through the Texas Attorney General's Office, and respectfully files this Limited Objection to the *Debtors' Combined Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Certain IP and related assets; and (III) Granting Related Relief* (Dkt. 1768; which includes the sale of Personally Identifiable Information; the "Combined Motion"). In support of its Limited Objection

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS lg Holdings Incorporated (8924); RSignite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

to the Combined Motion, and specifically to the approval of the sale contemplated thereunder, the State asserts as follows:

1. The State adopts and incorporates by reference all of the arguments and authorities set forth in its prior pleadings objecting to the sale of Personally Identifiable Information ("PII") in this case. Specifically, the State adopts and incorporates the arguments in the *State of Texas's Limited Objection to the Sale of Personally Identifiable Information of One Hundred Seventeen Million Consumers* (Dkt. 1393); *the Supplement to the Limited Objection* (Dkt. 1505); and the *Second Supplement to the Limited Objection* (including the Addendum) (Dkt. 1559).[2]

WHEREFORE, for the reasons set forth above and in prior pleadings, the State respectfully objects to the sale of PII in this case as being in violation of 11 U.S.C. § 363(b)(1)(B)(ii). The State requests such other relief as is just and proper.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

---

[2] Since the filing of the Addendum, the State has received an additional letter of support for its position from the State of Louisiana. This brings the total number of governmental (consumer protection) entities who have expressed opposition to the sale of Debtors' customers' Personally Identifiable Information to thirty-seven.

        */s/   Hal F. Morris*
HAL F. MORRIS
Texas State Bar No. 14485410
ASHLEY F. BARTRAM
Texas State Bar No. 24045883
CHARLIE SHELTON
Texas State Bar No. 24079317
CHRISTOPHER S. MURPHY
Texas State Bar No. 24079031
P. O. Box 12548
Austin, Texas  78711-2548
Telephone: (512) 475-4550
*hal.morris@texasattorneygeneral.gov*
*ashley.bartram@texasattorneygeneral.gov*
*charlie.shelton@texasattorneygeneral.gov*
*christopher.murphy@texasattorneygeneral.gov*

ATTORNEYS FOR THE STATE OF TEXAS