UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*,[1] | Case No. 15-10197 (BLS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 12, 2015 AT 11:00 A.M. (EASTERN TIME)[2]

**NO MATTERS ARE GOING FORWARD. ACCORDINGLY, AT THE DIRECTION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**RESOLVED MATTER:**

1. Motion by Farmers New Century Insurance Company as Subrogee of Diane Anderson and Diane Anderson, in Her Own Right for Relief From the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 444; filed February 20, 2015]

    Objection/Response Deadline:    March 10, 2015 at 10:00 a.m. (ET) (extended for the Debtors to April 2, 2015)

    Objections/Responses Received:    Debtors' Objection to Farmers New Century Insurance Company's Motion for Relief from Stay [Docket No. 1696; filed April 2, 2015]

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

[2] The hearing will be held before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the May 12, 2015 hearing must contact CourtCall LLC at (866) 582-6878 by no later than May 11, 2015 at 12:00 p.m. (noon) (Eastern Time) in accordance with the Bankruptcy Court's *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

-2-

Related Documents:

    A.    Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Motion by Farmers New Century Insurance Company as Subrogee of Diane Anderson and Diane Anderson, in Her Own Right for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 448; filed February 20, 2015]

    B.    Notice of Hearing Regarding Motion by Farmers New Century Insurance Company as Subrogee of Diane Anderson and Diane Anderson, in Her Own Right for Relief from the Automatic Stay Under 11 U.S.C. § 362 [Docket No. 1991; filed May 1, 2015]

    C.    Corrected Notice of Hearing Regarding Motion by Farmers New Century Insurance Company as Subrogee of Diane Anderson and Diane Anderson, in Her Own Right of Relief from the under 11 U.S.C. §362 [Docket No. 2006; filed May 4, 2015]

Status:    This matter is resolved. A revised proposed order will be filed under Certification of Counsel. Consequently, a hearing with respect to this matter is required only if the Court has any questions or concerns.

Dated: May 8, 2015                    Respectfully submitted,
Wilmington, Delaware

                                          /s/ Evelyn J. Meltzer
                                          David M. Fournier (DE 2812)
                                          Evelyn J. Meltzer (DE 4581)
                                          Michael J. Custer (DE 4843)
                                          PEPPER HAMILTON LLP
                                          Hercules Plaza, Suite 5100
                                          1313 N. Market Street
                                          P.O. Box 1709
                                          Wilmington, Delaware 19899-1709
                                          Telephone: (302) 777-6500
                                          Facsimile: (302) 421-8390

                                          -and-

#33663377 v1

-3-

    David G. Heiman (OH 0038271)
    JONES DAY
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone: (216) 586-3939
    Facsimile: (216) 579-0212

    Gregory M. Gordon (TX 08435300)
    JONES DAY
    2727 N. Harwood Street
    Dallas, Texas 75201
    Telephone: (214) 220-3939
    Facsimile: (214) 969-5100

    Thomas A. Howley (TX 24010115)
    Paul M. Green (TX 24059854)
    JONES DAY
    717 Texas Suite 3300
    Houston, Texas 77002
    Telephone: (832) 239-3939
    Facsimile: (832) 239-3600

    ATTORNEYS FOR DEBTORS AND
    DEBTORS IN POSSESSION