UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPOINTING FEE EXAMINER AND ESTABLISHING RELATED PROCEDURES CONCERNING (A) THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS AND MEMBERS OF OFFICIAL COMMITTEES AND (B) CONSIDERATION OF FEE APPLICATIONS**

The undersigned hereby certifies that:

1. On February 5, 2015, the above-captioned debtors and debtors in possession (collectively the "Debtors") commenced a reorganization case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

2. On February 13, 2015, the United States trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee"), pursuant to section 1102 of the Bankruptcy Code.

3. On March 12, 2015, this Court held a hearing during which the Court directed counsel for the Debtors to submit under certification of counsel an order appointing a

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

fee examiner (the "Fee Examiner") to review the payment of compensation to and reimbursement of expenses of professionals and members of official committees.

4. In accordance with this Court's direction, the Debtors, the U.S. Trustee and the Creditors' Committee have conferred regarding the appointment of the Fee Examiner and the establishment of related procedures and have agreed (subject to this Court's approval) that Direct Fee Review, LLC ("Direct Fee Review") will serve as Fee Examiner in these chapter 11 cases.

5. To that end, substantially contemporaneously herewith, the Debtors have filed the Verified Statement of W. Joseph Dryer of Direct Fee Review, LLC in Certification of No Conflict Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Statement in Support").  A copy of the Statement in Support is also attached hereto as Exhibit A.  Among other things, the Statement in Support provides that Direct Fee Review has no conflict in serving as Fee Examiner in these chapter 11 cases.

6. Based on the foregoing, the Debtors have prepared a proposed form of order (the "Fee Examiner Order") approving the appointment of Direct Fee Review as Fee Examiner in these chapter 11 cases.  A copy of the Fee Examiner Order is attached hereto as Exhibit B.

7. The Fee Examiner Order has been circulated to, and is acceptable to, the U.S. Trustee and the Creditors' Committee.

WHEREFORE, the Debtors respectfully request that the Court enter the Fee Examiner Order at the earliest convenience of the Court.

| | |
|---|---|
| Dated:  May 8, 2015<br>        Wilmington, Delaware | Respectfully submitted,<br><br> /s/ Evelyn J. Meltzer<br>David M. Fournier (DE 2812)<br>Evelyn J. Meltzer (DE 4581)<br>Michael J. Custer (DE No. 4843)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br><br>        -and-<br><br>David G. Heiman (OH 0038271)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br><br>Gregory M. Gordon (TX 08435300)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas  75201<br>Telephone:  (214) 220-3939<br>Facsimile:  (214) 969-5100<br><br>Thomas A. Howley (TX 24010115)<br>Paul M. Green (TX 24059854)<br>JONES DAY<br>717 Texas Suite 3300<br>Houston, Texas 77002<br>Telephone:  (832) 239-3939<br>Facsimile:  (832) 239-3600<br><br>ATTORNEYS FOR DEBTORS |