**<u>EXHIBIT A</u>**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

### VERIFIED STATEMENT OF W. JOSEPH DRYER OF DIRECT FEE REVIEW, LLC IN CERTIFICATION OF NO CONFLICT PURSUANT TO RULE 2014(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, W. Joseph Dryer, declare pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, that the foregoing is true and correct:

1.    I am a member of Direct Fee Review, LLC (the "Firm"), which maintains offices at 1000 North West Street, Suite 1200, Wilmington, Delaware.  A true and correct copy of the Firm's resume is attached hereto as Exhibit 1.

2.    Neither I, the Firm, nor any partner, associate or other member thereof, insofar as I have been able to ascertain, is affiliated with or representing either of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), or their creditors, or any other party in interest, or their attorneys, or their advisors, or any person or entity with claims against the Debtors' estates, except as set forth in this Verified Statement.

---

[1]    The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417).  The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

3.      The Firm, either through me or members of the Firm, has not previously represented or advised the Debtors.

4.      To the best of my knowledge, neither I nor the Firm has any connection to the Debtors, their creditors, any other potential party in interest set forth on the list provided by the Debtors, their respective attorneys and/or accountants or any person employed in the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), except for the following:  As a fee examiner we have previously audited the fee applications of Debevoise & Plimpton, FTI Consulting, Greenberg Traurig, Houlihan Lokey, Jones Day, Kirkland & Ellis, KPMG LLP, Lazard Freres & Company, Morgan Lewis & Bockius LLP, Ogletree Deakins Nash Smoak & Stewart PC, PricewaterhouseCoopers, Prime Clerk, Reed Smith LLP, Sidley & Austin, Tiger Capital Group, LLC and Cooley LLP.  I or Don F. Oliver have consumer accounts with various interested financial institutions, utilities and regulators, none of which are material, Verizon Wireless, American Express, PG&E, Bank of America, Wells Fargo, BMO Harris Bank N.A., JP Morgan Chase Bank, California Department of Revenue and Delaware Department of Revenue.

5.      In the event additional information becomes available that reveals any other connections with parties in interest, this Verified Statement will be amended or supplemented.

6.      I do not believe that serving as fee auditor in the above-captioned chapter 11 cases, or any of the other disclosed connections with potential parties in interest, presents any conflict of interest.

7.      The Firm's current customary hourly rate, subject to change from time to time, is $200 per hour for the declarant and $200 per hour for Don F. Oliver, plus reimbursement

of expenses.  In the normal course of business, the Firm revises its regular hourly rates on

January 1st of each year and requests that, effective January 1st of each year, the aforementioned

rate be revised to the regular hourly rate which will be in effect at that time; provided, however,

the Firm will provide at least ten (10) days advance notice of the revised regular hourly rate to

counsel to the Debtors, the U.S. Trustee, and counsel the official committee of unsecured

creditors appointed in these chapter 11 cases.

        8.      No agreement or understanding exists between the Firm or any partner,

auditor or other member thereof as to compensation in connection with these chapter 11 cases.

        9.      The Firm has no agreement with any entity to share with such entity any

compensation received by the Firm.

        10.      The Firm and its partners, auditors and other members may have in the

past represented and may in the future represent entities that are claimants of the Debtors in

matters totally unrelated to the matters with respect to which the Firm is to be engaged.

        11.      Neither I, the Firm, nor any partner, auditor or other member thereof,

insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or

its estate in the matters upon which the Firm is to be engaged.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2015.


                    DIRECT FEE REVIEW, LLC


                    By: _____
                    W. Joseph Dryer

**<u>EXHIBIT 1</u>**

## DFR MEMORANDUM

**TO:**  PEPPER HAMILTON LLP

**FROM:**  DFR

**SUBJECT:**  FEE EXAMINER

**DATE:**  5/7/2015

**CC:**  FILE

Our principals have been active in the bankruptcy community since 1989. Direct Fee Review, LLC was formed to respond to the growing requirements of the bankruptcy courts to determine the necessity and reasonableness of fee billings and expenses submitted. We can resolve issues with professionals prior to the need for intervention. We apply a set of guidelines and procedures consistently and fairly to each invoice to determine compliance within the meaning of section 330 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules for the United States Bankruptcy Court. We apply the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C section 330.

We review each fee application:

- generally to test the actual, reasonable and necessary service and expense.
- for mathematical accuracy.
- for completeness of detail and type of activity description within general project categories.
- for subject matter and appropriate time allotment.
- for specific issues related to travel and expenses. (tests of expenses by review of receipts or other documentation as required).

Our fees are charged in increments of 6 minutes at a rate of $200.00 per hour. Travel time is billed at 50% of this rate.

**Principals:**

W. Joseph Dryer, CPA, CIRA                    dfr.wjd@gmail.com
Don F. Oliver, CPA, CA, CTA                    dfr.dfo@gmail.com

**Contact:**

1000 N. West Street, Suite 1200                Tel:    302-287-0955
Wilmington, DE 19801

**Professional firms under review or reviewed:**

**AbitibiBowater , Inc.**

Bayard PA

Bennett Jones LLP

Bifferato LLC

Blackstone Advisory Services LP

Deloitte Consulting LLP

Deloitte Tax LLP

Deloitte LLP FAS

Ernst & Young LLP

FTI Consulting, Inc.

Huron Consulting LLC

Hogan Lovelis US LLP

Jones Day

Jefferson Wells Inc. Inc.

Lazard Freres & Co., LLC

Mercer (Canada) Limited

Paul Hastings Janofsky & Walker LLP

Paul Weiss Rifkind Wharton & Garrison LLP

PricewaterhouseCoopers LLP, Canada

PricewaterhouseCoopers LLP, US

Troutman Sanders LLP

Togut Segal & Segal

Young Conaway Stargatt & Taylor LLP

**Adoc Holdings, Inc.**

Brown Rudnick LLP

Deloitte Financial Advisory Services LLP

Emerald Capital Advisors Corp.

Fox Rothschild LLP

Houlihan Lokey Capital, Inc.

Kurtzman Carson Consultants LLC.

Morris Nichols Arsht & Tunnell LLP

White & Case LLP

**AES Eastern Energy LP**

Ashby & Geddes PA

Barclays Capital Inc

**DGI Resolution Inc.**

Richards Layton & Finger, PA

Broadpoint Capital, Inc.

PricewaterhouseCoopers LLP

Stevens & Lee PC

Mintz, Levin, Cohn, Ferris, Glovsky and Popes PC

Shearman & Sterling LLP

Young Conaway Stargatt & Taylor LLP

**Furniture Brands International, Inc.**

Alvarez & Marsal North America, LLC

BDO Consulting

Blank Rome LLP

Hahn & Hessen LLP

Houlihan Lokey Capital Inc

KPMG LLP

Miller Buckfire & Co., LLC

Paul Hastings LLP

PricewaterhouseCoopers LLP

Retail Consulting Services, Inc.

Young Conaway Stargatt & Taylor

**OTC Holding Corporation**

Ashby & Geddes PA

Colley LLP

Debevoise & Plimpton

Deloitte Tax LLP

Deloitte & Touche LLP

FTI Consulting Inc.

Jefferson & Company Inc.

KPMG LLP

PricewaterhouseCoopers LLP

Protiviti Inc.

Young Conaway Stargatt & Taylor LLP

**Raser Technologies, Inc.**

Buchanan Ingersoll & Rooney PC

Bayard PA

Freed Maxick CPAs PC

BDO

FTI Consulting Inc

Hunton & Williams LLP

Kramer Levin Naftalis & Frankel LLP

Foley & Lardner LLP

Weil Gotshal & Manges LLP

Sichenzi Ross Friedman Ference LLP

WeinsweigAdvisors LLC

Womble Carlyle Sandridge & Rice

**Allied Systems, Inc.**

**RathGibson, Inc.**

Brown Rudnick LLP

Grant Thornton

Conway MacKenzie, Inc.

Huron Consulting LLC

Growling Lafleur Henderson LLP

Jefferies & Co, Inc.

PricewaterhouseCoopers LLP

Kelley, Drye & Warren LLP

Richards Layton & Finger PA

Mesirow Financial Consulting LLC

Rothschild Inc.

Otterbourg Steindler Houston & Rosen PC

Rust Consulting

Pepper Hamilton LLP

Sidley Austin LLP

Willkie Farr & Gallagher LLP

Stikeman Elliott LLP

Young Conaway Stargatt & Taylor LLP

Sullivan Hazeltine LLC

Troutman Sanders LLP

**School Speciality, Inc.**

Alvarez & Marsal NA LLC

**Building Materials Holding Corp**

Blackstone Advisory Partners LP

Alvarez & Marsal NA LLC

Brown Rudnick LLP

Arent Fox LLP

Deloitte Tax LLP

Benesch Friedlander Coplan & Aronoff LLP

Deloitte & Touche LLP

Executive Sounding Board Associates

Godfrey & Kahn SC

Gibson Dunn & Crutcher

Paul Weiss Rifkind Wharton & Garrison LLP

KPMG LLP

Perella Weinberg Partners LP

PJ Solomon Company

Venable LLP

PricewaterhouseCoopers LLP US

Young Conaway Stargatt & Taylor LLP

Young Conaway Stargatt & Taylor LLP

**Southern Air Holdings, Inc.**

Lowenstein Sandler PC

**CCS Medical, Inc.**

Mesirow Fiancial Consulting LLC

Alvarez & Marsal NA LLC

PricewaterhouseCoopers LLP

Assessment Technologies Ltd

Pachulski Stang Ziehl & Jones LLP

Ernst & Young LLP

Kurtzman CarsonConsultants LLC

Foley & Lardner LLP

Weil Gotshal & Manges LLP

Goldman Sachs & Co LLC

Taylor English Duma LLP

Willkie Farr Gallagher LLP

Young Conaway Stargatt & Taylor LLP

Zolfo Cooper LLC

Young Conaway Stargatt & Taylor LLP

**Capmark Financial Group Inc.**

Alvarez & Marsal NA LLC

Bayard PA

JR Myriad LLC

Kasowitz Benson Torres & Friedman LLP

Kramer Levin Naftalis & Frankel LLP

Houlihan Lokey Howard & Zukin Capital Inc.

Wilmer Cutler Pickering Hale & Dorr LLP

Beekman Advisors Inc.

Barnes & Thornburg LLP

Ballard Spahr LLP

Baker Donelson Bearman Caldwell & Berkowitz

Bryan Cave LLP

Deloitte & Touch LLP

Deloitte Tax LLP

DLA Piper

Dechert LLP

Dewey & LeBoeuf LLP

Duff & Phelps

Foley & Lardner LLP

Holland & Knight LLP

Johnson Associates Inc

Kaye Scholer LLP

KPMG LLP

Mintz, Levin, Cohn, Faris Glosky and Popeo PC

Latham & Watkins LLP

Lazard Freres & Co LLC

Loughlin  Meghji & Co

Morgan Lewis & Bockius LLP

Paul Hastings Janofsky & Walker LLP

Rosner Law Group LLP

Reed Smith LLP

Richards Layton & Finger PA

**Chicago Newspaper Liquidation Corp.**

Carl Marks Advisory Group LLC

**Specialty Products Holding Corp.**

Analysis Research and Planning Corp

Bates White LLC

Blackstone Advisory Partners LP

Calfee Halter & Griswold LLP

Covington & Burling LLP

Charter Oak Financial Consultants LLC

Evert Weathersby Houff

Ernst & Young LLP

Forman Perry Watkins Krutz & Tardy LLP

FTI Consulting Inc.

Jones Day

Legal Analysis Systems Inc.

Montgomery McCracken Walker & Rhoads LLP

Richards Layton & Finger PA

Spangenberg Shibley & Liber LLP

Young Conaway Stargatt & Taylor LLP

**SP Newsprint Holdings LLC**

AP Services LLC

Ashby & Geddes PA

BDO Consulting

Cahill Gordon & Reindel LLP

Lowenstein Sandler PC

PricewaterhouseCoopers LLP

Raymond James & Associates, Inc.

Richards Layton & Finger PA

**Vertis Holdings, Inc.**

Alvarez & Marsal NA LLC

BDO Consulting

Cadwalader, Wickersham & Taft LLP

Cooley LLP

Cousins Chipman & Brown LLP

Perella Weinberg Partners LP

Cross & Simon LLC

Huron Consulting LLC

Kirkland & Ellis LLP

KPMG LLP

Lowenstein Sandler PC

Paul Weiss Rifkind Wharton & Garrison LLP

Rothschild Inc.

Young Conaway Stargatt & Taylor LLP

Richards Layton & Finger PA

**WP Steel Venture LLC**

Huron Consulting Services LLC

Kurtzman Carson Consultants, LLC

Kramer Levin Naftalis & Frankel LLP

Morris Nichols Arsht & Tunnell LLP

Saul Ewing LLP

Seaport Group Securities LLC

Willkie Farr & Gallagher LLP

## Professional Experience of W. Joseph Dryer:

**Direct Fee Review LLC; Bankruptcy Professional Fee Examination**
Wilmington, Delaware; April 2009 to Present
The company was formed to respond to the Delaware Courts use of fee examiners in large bankruptcies.

> Owner/Member
> April 2009 to Present

**FFC Presents LLC; Wine Production**
Geyserville, California; August 2012 to Present
The company manufactures and sells wine.

> CFO
> August 2012 to Present

**Tower Records (dba) Three A's Holdings LLC, MTS, Inc. and Subsidiaries; Music Retailer,**
Sacramento, California; June 2007 to June 2011
Tower filed for bankruptcy in August 2006. The company operated 89 retail music stores in 20 states in addition to internet and warehouse divisions. The company filed a liquidating plan in Chapter 11. The inventory and intellectual property were sold. Claims of $535 million were finally allowed in the amount of $117.5 million and $28 million was distributed.

> Director
> April 2009 to December 2010
> Plan Administrator
> August 2007 to June 2011
> CFO/Chief Restructuring Officer (Chapter 11)
> June 2007 to August 2007

**Three S (Delaware), Inc; Internet Data Service**
Baltimore, Maryland; April 2006 to July 2006
The company filed for bankruptcy in April 2006. The company operated as an internet real estate data services provider. The case was dismissed July 2006.

> Special Director (Chapter 11)
> April 2006 to July 2006

**PSO Successor Corp. fka PSA Quality Systems (Ohio), Inc; Auto Industry,**
Windsor, Ontario; January 2005 to February 2006
PSA filed for bankruptcy in October 2004. The company operated as a logistical service provider to automakers. The business was sold and the company converted to a Chapter 7 proceeding in February 2006.

> Wind Down Coordinator (Chapter 11)
> January 2005 to February 2006
> Distribution Agent General Unsecured Creditors
> April 2007 to January 2008

**Willcox & Gibbs, Inc. and Subsidiaries; Sales and Distribution,**
Summit, New Jersey; January 2002 to May 2002
Willcox & Gibbs, Inc. filed for bankruptcy in August 2001. The company operated a parts distribution business in the apparel and sewn products industry. The business was sold and the company converted to a Chapter 7 proceeding in April 2002.

> Chief Executive Officer (Chapter 11)
> January 2002 to May 2002

**Lenox Healthcare, Inc. and Subsidiaries; Healthcare Services,**
Pittsfield, Massachusetts; February 2001 to July 2001
Lenox Healthcare, Inc. filed for bankruptcy in November 1999. The company was a national provider of healthcare services that included skilled nursing care. The company declared December 27, 2000 as the effective date for the plan of reorganization. The company failed to implement the plan of reorganization. The company filed a new bankruptcy and was liquidated by a trustee.

> Financial Advisor to the Board of Directors (Post Reorganization)
> February 2001 to July 2001

**WorldCorp, Inc. and Subsidiaries; Charter Airline, Internet Banking Services,**
Herndon, Virginia; October 1998 to 2005
WorldCorp, Inc. filed for bankruptcy in February 1998. The company held investments in the marketable securities of two related companies, an Internet software provider to the banking industry and an air charter provider with 12 aircraft. The company filed a liquidating reorganization plan.
> President (Post Reorganization Liquidating Agent)
> May 2000 to December 2005
> Secretary; Treasurer; Director (Chapter 11)
> October 1998 to May 2000

**Siena Holdings, Inc. and Subsidiaries; Real Estate,**
Plano, Texas; March 1997 to Present
Siena Holdings, Inc. (formerly known as Lomas Financial Corp.) was reorganized in March 1997. The company held real estate assets and managed an assisted living care facility. It was also the Trustee to the LFC Creditors Trust, which pursued preferences and litigation against former officers and accountants.
> President (Post Reorganization)
> March 1997 to Present

**Lomas Financial Corp. and Subsidiaries; Mortgage Banking, Real Estate,**
Dallas, Texas; January 1995 to March 1997
Through its wholly owned subsidiary, Lomas Mortgage (USA), Inc., the company was one of the largest participants in the mortgage banking industry servicing $33.1 billion in loans. Efforts to restructure debt failed resulting in Chapter 11 proceedings beginning in October 1995. Lomas Mortgage (USA), Inc. was distributed to creditors in October 1996.
> Senior Vice President; Subsidiary Director; Chief Control Officer (Chapter 11)
> January 1995 to March 1997

**Geothermal Resources International, Inc. and Subsidiaries; Energy**
San Francisco, California; February 1984 to Liquidation
The company was formed in 1960 to explore the western United States for geothermal energy. In 1981, new management began to develop geothermal energy in California using the proceeds from several large ship and airplane leases administered in the United Kingdom. Efforts to restructure project loans and obtain cash for subordinated debt service failed resulting in Chapter 11 proceedings beginning in June 1989 and ending in April 1991.
> President; Treasurer; Secretary; Director (Post Reorganization)
> April 1991 to Liquidation
> Chief Operating Officer; Assistant to the Trustee (Chapter 11)
> May 1990 to April 1991
> Vice President-Finance (Pre-petition)
> February 1984 to December 1988
> June 1989 to May 1999

**OTHER EXPERIENCE:**
**Astoria Development Corp., Subsidiary of PacifiCorp Financial Services**
Larkspur, California; December 1988 to June 1989

**KPMG LLP, Certified Public Accountants**
San Francisco, California; June 1981 to February 1984

**Rothschild Brokerage Company**
San Francisco, California; July 1975 to August 1979

**CREDENTIALS:**
**Certified Insolvency and Restructuring Advisor;**
Association of Insolvency and Restructuring Advisors;
American Bankruptcy Institute;
**Certified Public Accountant;**
American Institute of Certified Public Accountants;
California Society of Certified Public Accountants;
California State University San Francisco, California; Bachelor of Science in Business Administration, Accounting.

## Professional Experience of Don F. Oliver:

| | |
|---|---|
| **Professional Qualifications** | • **Certified Public Accountant (1984)**<br>• **Chartered Accountant (ICAS) (1979)**<br>• **Chartered Tax Advisor (CIT) (1979)** |
| **Education** | **Heriot-Watt University (1976)**<br>• BA (Hons) Accountancy & Finance |
| **Experience** | **Morgan Fraser Limited/Financial Management Services/ Direct Fee Review LLC**<br>1985 – present<br>Corporate financial consulting ,management and reporting<br>Legal fee review & analysis<br>Forensic accounting analysis & litigation support<br>Project analysis & monitoring<br>Clients have included:<br>The Flintkote Company<br>Investcorp<br>KPMG<br>Cyra Com<br>Bioquiddity<br>Whatznew<br>Commercial Property Managers<br>Law Firms<br>Broker Dealers<br>Investment Funds<br><br>**KPMG San Francisco & London**<br>1976 – 1985<br>Trainee to Senior Manager |