**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket Nos.: 1729, 1947** |

**NOTICE OF INITIAL BID REPORT**
**FOR THIRD ROUND LEASE SALE**

PLEASE TAKE NOTICE that on April 7, 2015, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the *Debtors' Third Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain Lease Assets, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain Lease Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (B) Granting Certain Related Relief* [Docket No. 1729].

PLEASE TAKE FURTHER NOTICE that on April 28, 2015 the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Approving Bid and Sale Procedures with Respect to the Sale of Certain Lease Assets, (II) Approving Cure Procedures and Related Notice Procedures; (III) Scheduling an Auction and Sale Hearing and (IV) Granting Related Relief* [Docket No. 1947] (the "Round Three Bidding Procedures Order")[2] in the above referenced chapter 11 cases of the Debtors.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file the Initial Bid Report pursuant to the Round Three Bidding Procedures Order. The Initial Bid Report, which states which Leases are the subject of a bid in the round three lease sale process, is attached hereto as Exhibit A.

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Round Three Bidding Procedures Order.

-1-

#33751861 v1

-2-

| | |
|---|---|
| Dated: May 9, 2015<br>Wilmington, Delaware | Respectfully submitted,<br><br> /s/ David M. Fournier<br>David M. Fournier (DE 2812)<br>Evelyn J. Meltzer (DE 4581)<br>Michael J. Custer (DE 4843)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br><br>          -and-<br><br>David G. Heiman (OH 0038271)<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone:  (216) 586-3939<br>Facsimile:  (216) 579-0212<br><br>Gregory M. Gordon (TX 08435300)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas  75201<br>Telephone:  (214) 220-3939<br>Facsimile:  (214) 969-5100<br><br>Thomas A. Howley (TX 24010115)<br>Paul M. Green (TX 24059854)<br>JONES DAY<br>717 Texas Suite 3300<br>Houston, Texas 77002<br>Telephone:  (832) 239-3939<br>Facsimile:  (832) 239-3600<br><br>ATTORNEYS FOR DEBTORS |

#33751861 v1

**EXHIBIT A**
**Initial Bid Report**

| Store # | Center Name | City | State | Bid | Notes |
|---|---|---|---|---|---|
| 1303 | ERIE BOULEVARD EAST | SYRACUSE | NY | Third Party | |
| 2395 | STONECREST AT PIPER GLEN | CHARLOTTE | NC | Third Party | |
| 3145 | SCOTTSDALE PAVILIONS | SCOTTSDALE | AZ | Third Party | |
| 3205 | SAN ANTONIO CENTER | MOUNTAIN VIEW | CA | Third Party | |
| 3621 | INDIAN SPRINGS S.C. | MONTROSE | CA | Third Party | |
| 3819 | 1841 POLK ST | SAN FRANCISCO | CA | Third Party | |
| 4052 | BETHEL ROAD SUPER WALMART SC | PORT ORCHARD | WA | Third Party | |
| 4258 | HUNTERS CROSSING | AMERICAN FORK | UT | LTA | |
| 6110 | EAST VIKING PLAZA | CEDAR FALLS | IA | LTA | |
| 6772 | APPLE GLEN CROSSING | FT WAYNE | IN | Third Party | |
| 8512 | BLUE RIDGE CROSSING SC | KANSAS CITY | MO | Third Party | |
| 8756 | ROSWELL TOWN CENTER | ROSWELL | GA | Third Party | |
| 8803 | GATEWAY CENTER | ST PETERSBURG | FL | Third Party | |
| 8815 | 7077 NORMANDY BLVD | JACKSONVILLE | FL | Third Party | |
| 9663 | MIRACLE STRIP PARKWAY | PANAMA CITY BCH | FL | Third Party | |
| 9723 | WASHINGTON AVENUE | MIAMI BEACH | FL | Third Party | |
| 2822* | 122 FLATBUSH | BROOKLYN | NY | LTA | *conflicts with third party bid |
| 8756* | ROSWELL TOWN CENTER | ROSWELL | GA | Third Party | *conflicts with third party bid |
| 9663* | MIRACLE STRIP PARKWAY | PANAMA CITY BCH | FL | LTA | *conflicts with third party bid |
| 1242 | SHORELINE PLAZA | GUILFORD | CT | Third Party | These stores have a contingency that the cures need to be reduced for all of them. In addition, all but 2601 and 2945, need extension. This only applies to these 12 stores. |
| 2268 | CARTERET S.C. | CARTERET | NJ | Third Party | |
| 2601 | SOMERS COMMON | BALDWIN PLACE | NY | Third Party | |
| 2822 | 122 FLATBUSH | BROOKLYN | NY | Third Party | |
| 2945 | DC USA | WASHINGTON | DC | Third Party | |
| 3076 | MISSION GORGE | SAN DIEGO | CA | Third Party | |
| 3575 | REDONDO SHORES S.C. | REDONDO BEACH | CA | Third Party | |
| 3647 | GATEWAY POINTE | LA VERNE | CA | Third Party | |
| 3735 | KENMORE STORE FRONT | KENMORE | WA | Third Party | |
| 4203 | OLD SAYBROOK SC | OLD SAYBROOK | CT | Third Party | |
| 9055 | WESTLAKE SHOPPING CENTER | DALY CITY | CA | Third Party | |
| 9533 | PARSONS VILLAGE SQUARE SC | SEFFNER | FL | Third Party | |