UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket Nos.: 1729, 1947, 2065** |

NOTICE OF SUPPLEMENT TO INITIAL
BID REPORT FOR THIRD ROUND LEASE SALE

PLEASE TAKE NOTICE that on April 7, 2015, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed the *Debtors' Third Motion for (I) an Order (A) Establishing Bid Procedures for the Sale of Certain Lease Assets, and (B) Granting Certain Related Relief and (II) an Order (A) Approving the Sale of Certain Lease Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (B) Granting Certain Related Relief* [Docket No. 1729].

PLEASE TAKE FURTHER NOTICE that on April 28, 2015 the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Approving Bid and Sale Procedures with Respect to the Sale of Certain Lease Assets, (II) Approving Cure Procedures and Related Notice Procedures; (III) Scheduling an Auction and Sale Hearing and (IV) Granting Related Relief* [Docket No. 1947] (the "Round Three Bidding Procedures Order") in the above referenced chapter 11 cases of the Debtors.

PLEASE TAKE FURTHER NOTICE that on May 9, 2015, the Debtors filed the *Notice of Initial Bid Report for Third Round Lease Sale* [Docket No. 2065] (the "Initial Bid Report") in accordance with the Round Three Bidding Procedures Order.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a supplement to the Initial Bid Report, which sets forth an additional lease that is the subject of a third-party

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.


bid in the round three lease sale process but was inadvertently excluded from the Initial Bid Report. Exhibit A hereto supplements, but does not replace, the Initial Bid Report.

Dated: May 11, 2015  
Wilmington, Delaware

Respectfully submitted,

/s/ David M. Fournier  
David M. Fournier (DE 2812)  
Evelyn J. Meltzer (DE 4581)  
Michael J. Custer (DE 4843)  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
P.O. Box 1709  
Wilmington, Delaware 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390

-and-

David G. Heiman (OH 0038271)  
JONES DAY  
901 Lakeside Avenue  
Cleveland, Ohio 44114  
Telephone: (216) 586-3939  
Facsimile: (216) 579-0212

Gregory M. Gordon (TX 08435300)  
JONES DAY  
2727 N. Harwood Street  
Dallas, Texas 75201  
Telephone: (214) 220-3939  
Facsimile: (214) 969-5100

Thomas A. Howley (TX 24010115)  
Paul M. Green (TX 24059854)  
JONES DAY  
717 Texas Suite 3300  
Houston, Texas 77002  
Telephone: (832) 239-3939  
Facsimile: (832) 239-3600

ATTORNEYS FOR DEBTORS

#33751861 v1

-1-

## EXHIBIT A

### Supplement to Initial Bid Report

| Store # | Center Name | City | State | Bid |
|---|---|---|---|---|
| 1153 | 13 School Street | Boston | MA | Third Party |

#33751861 v1