B 2100A (Form 2100A) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**


FILED
2018 OCT -5  AM 9: 11
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re Radio Shack Corporation                             Case No. 15-10197

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, as Trustee for
Morgan Stanley Capital I Inc., Commercial
Mortgage Pass-Through Certificates, Series 2006-HQ8
_____        HQ8-10410-10450 Melody Lane, LLC
Name of Transferee                                                         Name of Transferor

Name and Address where notices to transferee               Court Claim # (if known)
should be sent:
Matthew I. Kramer, Esq.                                                    Amount of Claim: $13,547.69
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC               Date Claim Filed: 7/10/15
2601 S. Bayshore Dr., Suite 1500
Miami, FL 33133

Phone: (305) 455-9504                                                      Phone: (305) 455-9504
Last Four Digits of Acct #: _____           Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____  Date: September 28, 2018
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.