## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RS LEGACY CORPORATION, *et al.,* [1] | Case No. 15-10197 (BLS) (Jointly Administered) |
| Debtors. | |
| Peter Kravitz, as Liquidating Trustee of the RSH Liquidating Trust Adv. No. , Plaintiff, v. Autoridad de Energia Electrica aka Puerto Rico Electric Power Authority (PREPA), Defendants. | Adv. No. 15-51470 |

### STATUS REPORT ON OPEN PREFERENCE ADVERSARY ACTIONS ASSIGNED TO THE HONORABLE BRENDAN L. SHANNON

Pursuant to the Court's request, Plaintiff files the attached Status Report.

Dated: July 23, 2021

**POTTER ANDERSON & CORROON LLP**

By:  /s/ *Christopher M. Samis*
Christopher M. Samis, Esq., DE SBN 4909
L. Katherine Good, Esq., DE SBN 5101
1313 North Market Street, 6th Floor
Wilmington, DE 19801
Telephone: (302) 984-6050
Email: csamis@potteranderson.com

*Counsel for Peter Kravitz, as Liquidating Trustee of*

---

1    The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RS Legacy Corporation (f/k/a RadioShack Corporation) (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RS Legacy Customer Service LLC (f/k/a RadioShack Customer Service LLC) (8866); RS Legacy Global Sourcing Corporation (f/k/a RadioShack Global Sourcing Corporation) (0233); RS Legacy Global Sourcing Limited Partnership (f/k/a RadioShack Global Sourcing Limited Partnership) (8723); RS Legacy Global Sourcing, Inc. (f/k/a RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); RS Legacy Finance Corporation (f/k/a Tandy Finance Corporation) (5470); RS Legacy Holdings, Inc. (f/k/a Tandy Holdings, Inc.) (1789); RS Legacy International Corporation (f/k/a Tandy International Corporation) (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

*the RSH Liquidating Trust*

– and –

**ASK LLP**

Joseph L. Steinfeld, Jr., Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN   55121
Telephone:   (651) 289-3846
Facsimile:   (651) 406-9676
Email: jsteinfeld@askllp.com

-and-

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY   10165
Telephone: (212) 267-7342
Fax: (212) 918-3427
Email: eneiger@askllp.com

*Special Counsel for Peter Kravitz, as Liquidating Trustee*
*of the RSH Liquidating Trust*

## <u>STATUS A</u>

**CONTESTED PREFERENCE ACTIONS WHERE
SERVICE HAS NOT BEEN COMPLETED:**

| Defendant Name | Adversary Number | Status |
| --- | --- | --- |

\* None

## <u>STATUS B</u>

**CONTESTED PREFERENCE ACTIONS WHERE**
**SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:**

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS C

**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED.   THUS, PLAINTIFFS REQUESTING DEFAULT JUDGMENTS:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|

* None

## <u>STATUS D</u>

**PREFERENCE ACTIONS SETTLED, SETTLEMENT AGREEMENTS
EXECUTED AND/OR FILED AND PLAINTIFF REQUESTING
DISMISSAL OF ADVERSARY PROCEEDINGS:**

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

### STATUS E

**PREFERENCE ACTIONS RESOLVED/SETTLED, BUT
NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:**

| Defendant Name | Adversary Number | Status |
|---|---|---|
| Autoridad de Energia Electrica aka Puerto Rico Electric Power Authority (PREPA) | 15-51470 | Plaintiff believes that there is an agreement in principle that will provide for the dismissal of the adversary proceeding as part of a global settlement.   The parties are still working on gaining the appropriate approvals with respect to the global settlement and finalizing same. |

* 1 Adversary Proceeding

**<u>STATUS F</u>**

**CONTESTED PREFERENCE ACTIONS WHERE SERVICE IS COMPLETE,
ANSWERS HAVE BEEN FILED, AND DISCOVERY/DISCLOSURES ARE ONGOING:**

| Defendant Name | Adversary Number | Status |
|---|---|---|

* None

## <u>STATUS G</u>

**CONTESTED PREFERENCE ACTIONS WHERE NOTICES
OF SELECTION OF MEDIATOR HAVE BEEN FILED:**

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## STATUS H

**CONTESTED PREFERENCE ACTIONS READY FOR TRIAL:**

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None

## STATUS I

**CONTESTED PREFERENCE ACTIONS WHERE DISPOSITIVE MOTIONS PENDING:**

| Defendant's Name | Adversary Number | Status |
|---|---|---|

\* None

### STATUS J

**CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY
ACTION/SUGGESTION OF BANKRUPTCY FILED OR REQUIRED:**

| Defendant Name | Adversary Number | Status |
|---|---|---|

\* None

## <u>STATUS K</u>

### CASES IN WHICH AN APPEAL IS PENDING:

| Defendant Name | Adversary Number | Status |
|---|---|---|

*None