# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>RS LEGACY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10197 (BLS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON JUNE 27, 2024 AT 1:30 P.M. (ET)

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-brendan-l-shannon) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Shannon's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER GOING FORWARD**:

1. Orange County Water District's Motion for Relief from Plan Injunction [Docket No. 5094 – filed April 12, 2024]

    Objection/Response Deadline:  April 26, 2024 at 4:00 p.m. (ET).

    Objections/Responses Received:

    i.  RSH Liquidating Trust's Objection to the Orange County Water District's Motion for Relief from the Plan Injunction [Docket No. 5097 – filed April 26, 2024]

    Status: The hearing on this matter is going forward.

---

[1] The last four digits of the Debtor's taxpayer identification number are 7710. The mailing address for the Liquidating Trust established pursuant to the Plan and Confirmation Order is c/o Province, LLC, 11111 Santa Monica Blvd., Suite 525, Los Angeles, California 90025.

| | |
|---|---|
| Dated: June 25, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Brett M. Haywood*<br>L. Katherine Good (No. 5101)<br>Brett M. Haywood (No. 6166)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br>       bhaywood@potteranderson.com<br><br>*Counsel for the RSH Liquidating Trustee* |